IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Robert Quarles

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

United States of America

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. __24-cv-05301-HG-SJB__

(to be filled in by the Clerk's Office)

Jury Trial:    ☑ Yes    ☐ No
(check one)

**Gonzalez , J**
**Bulsara ,MJ**

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Robert Quarles #91535053

Street Address Federal Medical Center

City and County P.O. Box 1600

State and Zip Code Butner, NC. 27509

Telephone Number

E-mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name United States of America

Job or Title pursuant (Federal tort Claims Act)

(if known) 28 U.S.C. 1346, 2671

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

(if known)

Defendant No. 2

Name

Job or Title

(if known)

Street Address

City and County

2

State and Zip Code

Telephone Number

E-mail Address

(if known)

Defendant No. 3

Name

Job or Title

(if known)

Street Address City

and County State

and Zip Code

Telephone Number

E-mail Address

(if known)

Defendant No. 4

Name

Job or Title

(if known)

Street Address City

and County State

and Zip Code

Telephone Number

E-mail Address

(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Tort Claims Act "(FTCA)"
28 U.S.C. 1346, 2671

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE - (Statement of Claim) Attached

5

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_See (Relief) Attached_

V.      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 4th, 20 24

Signature of Plaintiff      _Robert Quarles_

Printed Name of Plaintiff   _Robert QUARLES_

6

(Statement of Claim)                    Page-#1

1) On December 18th, 2021, At Approximately 10:30 pm, on unit 72, While A Detainee At (MDC-Brooklyn) New York. I Sustained injuries to My Right hand, Right Wrist, And Lower back. When I Was Sitting in My Cell Reading, in A Blue plastic Chair issued by (MDC-Brooklyn), Broke, Causing Me to fall to the floor. To brace the fall I Extended My Right hand backward, Causing My injuries. At the time of the And injuries, I Was locked in My Cell for the Night. The Emergency buttons in None of the Cells Worked, So I had to Wait until Morning, to Report My injuries And the fall to unit officer.

2) On the Morning of December 19th, 2021, I Went to the unit officer And Explained the incident, Showed him my Deformed And Swollen hand. Told him I Was in Extreme Pain And Wanted to be Seen by Medical. I Was told by the unit officer "That My injuries Were Not Considered At All An Emergency". And for Me to Fill out A "Cop-out", Which is A Written Request form to Sick-Call Requesting to be Seen by Medical.

3) December 19th And 20th, 2021, I filled out Written Request forms to Sick-call Requesting to be Seen by Medical for My injuries, And WAS ignored.

4) December 21st, 2021, I Sent A Electronic Email Requesting Sick-call And Reporting the fall And injuries. (This Electronic Email is Attached). Proving I Reported the fall And injuries. Plus Requesting to be Seen by Medical to Address these issues.

5) From December 18th, 2021 - until March 23rd, 2022, I Was Denied Medical Attention for All pain And injuries Related to Me falling on December 18th, 2021.

(Continue) →

(Statement of Claim)                PAGE-#2

6) I Was Seen twice by Medical At (MDC-Brooklyn), Between December 18th, 2021 - And March 23rd, 2022, for unrelated issues With My left Ear. Which Was Considered An Emergency in this Case. (Lost of hearing And Bleeding From left Ear). Both times While Seeing Doctor About My Ear, I Addressed them About My fall And the injuries I sustained. I Expressed the Daily pain I Was Dealing With. Both times I Was told by the Doctor that I Was Not there About Any fall And He Can only Deal With one issue At a time.

7) On March 19th, 2022, Sent Another Electronic Email to Medical. Still Addressing the December 18th, 2021 fall And injuries. (This Electronic - Email from March 19th, 2022 Attached).

8) Now After Months of Complaining of pain And Basicly begging to be Seen by Medical. On March 23rd, 2022, Medical Agrees to See me to Address these issues. By this time My fingers Are locked in place, lost of full Range of Motion in My Wrist And I Cant Even Bend Over to tie my shoes.

9) My claim is for the Negligence on the part of United States of America, through (MDC-Brooklyn) And it's Medical personnel for Denying Me Medical Attention for More the 3 months, Causing My injuries to Worsen, Creating permanent Life long Damage. Requiring Multiple Surgeries, plus Extreme pain And Suffering.

## (Relief)

Plaintiff Begs the Court to Review this Complaint And the Circumstances leading up to this Complaint in Detail. The fact that I have to undergo Multiple Surgeries, 2 1/2 years of Everyday Past, Current pain And Suffering. I Will No longer be Able to Enjoy My life to the Same standard I Did prior to this Incident.

* Plaintiff is Seeking As stated : ($800,000. Dollars)

*1 - Past pain And Suffering.

*2 - Current pain And Suffering.

*3 - Future pain And Suffering.

*4 - Future Medical Expenses.

*5 - Past, Current And Future Mental Anguish.

* Seeking $800,000.00 Dollars or Whatever the Court Deems As Fair Under these Circumstances.

(Original)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ JUN 20 2024 ☆

BROOKLYN OFFICE

( Complaint Introduction )          PAGE - #1

Robert Quarles ("Plaintiff") filing pro-se, Brings this Action, Against United States of America ("Defendant"), Pursuant to the Federal Tort Claims Act ("FTCA") 28 U.S.C. 2671, 1346. Seeking Monetary Recovery to Compensate for Damages Caused by the Negligence of the Medical Staff and officials during My time As A Detainee At the Metropolitan Detention Center ("MDC Brooklyn") in Brooklyn, New York. Due to (MDC's) Negligence of depriving Me Basic standard Medical Care, for More then 3 months After I Reported A fall And injuries from that fall. I Was Refused Medical treatment from December 18, 2021 ("Date of Incident") Until March 23rd, 2022, for Anything Related to this fall And or injuries from that fall. ("MDC's") Negligence Caused My injuries to Worsen, Causing permanent Damages. to My Right Hand, Right Wrist And lower back. Which Caused Me to have to undergo Multiple Surgeries. The Duty of Standard Medical Care is owed to Me by the Bureau of prisons ("BOP") And is fixed by 18 U.S.C. 4042 (A)(2), of United States Code. Ignoring My Request for Medical Attention, After I Reported A fall And injuries is Sufficient to show breach of that duty of Care owed Under 18 U.S.C. 4042 (A)(2). I Ask the Court to Grant Me Monetary Relief in the Sum of $800,000, dollars or Whatever the Courts Deem is fair, for My injuries, past, And future pain And Suffering, Along With Future Medical Expenses And Mental Anguish.

The Federal District Court of the Eastern District of New York, has full Jurisdiction over this Matter. I presented this Claim to the ("BOP") Bureau of prison's Northeast Regional office, Which Was Received on July 11th, 2023. (See Documents Attached). 6 months from the Date it Was Received by Northeast Regional office, I have Not Received A final Denial Nor Any Response in this Matter. Pursuant to    →

Continue

(Complaint Introduction)        PAGE-#2

28 U.S.C. 2675 of United States Code, Which Reads "the failure of An Agency to Make final disposition of A Claim Within 6 months After it is filed Shall, At the option of the Claimant Any time thereafter, be deemed A final denial of the Claim."

( MEMORANDUM )                                          PAGE - *1

* Reference to Both, "United States Code" - 18 U.S.C. 4042(A)(2) And "Bureau of prisons policy statement - 6031.04 ( PATient CARE), June 3, 2014, Approved : Charles E. Samuels JR. (Then Director of Federal Bureau of prisons).

* <u>LAW</u> - (United States Code) - 18 U.S.C. 4042(A)(2) (1-3)

1) Mandates that the Bureau of prisons provide for the SafeKeeping, Care And Subsistence of All persons in their Custody.

2) Prison officials, including Physicians And Medical personnel ARE Charged Under 18 U.S.C. 4042, With the Responsibility to provide Proper Care, treatment And protection of All Federal inmates.

3) The duty of CARE owed by the Bureau of prisons to federal prisoners is fixed by 18 U.S.C. 4042, Independent of AN inconsistent State law.

* (Bureau of prisons policy statement) - 6031.04 (PATient Care) 4-8

4) The Members of the healthcare team At (MDC Brooklyn) Were Required to Comply With the policies And procedures of health Services And the BOP, including patient Care program statement.

5) The Patient Care program statement Requires healthcare to be Delivered to inmates in Accordance With proven standards of Care. The purpose And Scope of the health Services Unit At (MDC Brooklyn) is to provide Medically Necessary healthcare to inmates in Accordance With proven standards of Care Without Compromise, And the Unit → <span>continue</span>

(Memorandum)                                          Page - 2

is Equipped to provide primary healthcare, out patient clinic, And Emergency Care to the inmate population.

6) Under the patient Care procedure Manual, Inmates have A Right to Access healthcare Services, including Making A Sick Call "Note" Referred to As A "Cop-out" form or Electronic Email to Medical, to Report Emergencies or Medical Issues to health Services staff. Each inmate Also has A Right to Request to be Seen By A physician. Inmates Also have A Right to Report pain to A healthcare provider And have their pain Assessed And Managed in A timely And Medically Acceptable Manner.

7) The Core Values in the program statement for the health Services Administration includes that All inmates have Value As human beings And deserve Medically Necessary healthcare, that inmates Must understand their Right to Access healthcare, that Health Services At (MDC Brooklyn) is Not Exempt From Applicable standards of Care in treating inmates, And that Clinicians treating inmates Must Consider the psychosocial Needs of inmates With Medical Conditions.

8) Clinicians Are to be Compassionate And Responsive in the provision of Care When A patient has A Medical Issue that Need to be Timely Addressed.

* Under New York State Law - Plaintiff Must prove three Elements to prevail on A Negligence Claim. 1) The Existence Of A duty owed by Defendant to Plaintiff. 2) A Defendants breach of this duty. 3) Resulting injury to the plaintiff. New York state Law, has A Lower Standard of Care, then 18 U.S.C. 4042(A)(2) (Duties of Bureau of Prisons).



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

*U.S. Custom House*
*2nd & Chestnut Streets - 7th Floor*
*Philadelphia, PA. 19106*

August 3, 2023

Robert Quarles, Reg. No. 91535-053
FMC Butner
P.O. BOX 1600
Butner, NC  27509

Re:  Administrative Tort Claim **Received July 11, 2023**
     Claim No. TRT-NER-2023-07096

Dear Mr. Quarles:

This will acknowledge receipt of your administrative claim for an alleged loss of personal property or personal injury suffered at MDC Brooklyn.

Under the provisions of the applicable federal statutes, we have **six months from the date of receipt** to review, consider, and adjudicate your claim.

All correspondence regarding this claim should be addressed to Federal Bureau of Prisons, Northeast Regional Office, Room 701, U.S. Custom House, 2nd & Chestnut Street, Philadelphia, Pennsylvania 19106.  If the circumstances surrounding this claim change in any fashion, you should contact this office immediately.  Also, should your address change, you should contact this office in writing accordingly.

                              Sincerely,

                              A. M. Johnson
                              Regional Counsel

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

# OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $ |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

BERLIN NH 03570
JUN 07 2023
USPS

Sent To North East Regional Office

Street and Apt. No., or PO Box No. 2nd And Chest Nut Street

City, State, ZIP+4® Phila, PA, 19106

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7022 2410 0003 1049 1091

BER 5800.16
12/05/2021

## ATTACHMENT A

## OUTGOING SPECIAL MAIL RECEIPT

| Name and Address of Person Receiving Special Mail | FCI Berlin |
|---|---|
| Name Noetheast Regional | |
| Address 2nd And Chestnut St | Enter Inmate Name, Register No. and Housing Unit Here: |
| Phila PA 19106 | Robert Quarles 91535-053 A-1-127 |
| City      State      Zip Code | |

_Robert Quarles_
(Inmate Signature)

The following is to be completed by staff:

ENTER SIGNATURE, TITLE AND DATE OF STAFF MEMBER RECEIVING SPECIAL MAIL.

_NGCSO_ 7·6·23
(Signature and Title)    (Date Special Mail Received from Inmate)

****Once this receipt is filled out by the inmate, and unit staff have signed and dated this receipt, the receipt and special mail will be forwarded by unit staff to the institutions outgoing mail box for further processing.***

3/23/2023  4/30/2023  6/22/2023  7/6/2023



**statrad**®

Leading Teleradiology

## MDC Brooklyn BRO

| | | | |
|---|---|---|---|
| Patient: | **QUARLES, ROBERT (Male)** | DOB: | 07/08/75 |
| Register#: | **91535-053** | Age: | 46 |
| Date: | 05/19/22 11:27 | Status: | OP |
| Slicecount: | 2 | | |
| History: | Back pain s/p fall | | |
| Priors: | | | |
| Exams: | FILM L SPINE | | |
| Referring Phy: | GERSON | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.840.113619.2.305.4.2147483647.1652971324.528132

**Final Report**

**Exam: FILM L SPINE**

**HISTORY:** Back pain status post fall

**TECHNIQUE:** 2 views obtained

**COMPARISON:** No prior imaging available

**FINDINGS:** There is no scoliosis. Vertebral bodies demonstrate normal height. The bone mineralization is normal. There is no malalignment. Normal lumbar lordosis. Severe L5-S1 disc space narrowing. Minimal L5-S1 facet arthropathy.

**IMPRESSION:**
No radiographic evidence for acute compression fracture or malalignment.

Severe disc space narrowing and minimal facet arthropathy at L5-S1.

Radiologist:                Maurice Yu, MD

Study ready at 11:28 and initial results transmitted at 15:06



## MDC Brooklyn BRO

| | | | |
|---|---|---|---|
| Patient: | **QUARLES, ROBERT (Male)** | DOB: | 07/08/75 |
| Register#: | **91535-053** | Age: | 46 |
| Date: | 03/24/22 14:26 | Status: | OP |
| Slicecount: | 3 | | |
| History: | Injury Limited ROM in 4th digit | | |
| Priors: | | | |
| Exams: | FILM RIGHT HAND | | |
| Referring Phy: | GERSON | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: | 1.2.840.113619.2.305.4.2147483647.1648124364.860504 | | |

### Final Report

**Exam: FILM RIGHT HAND**

**INDICATION:** Injury, limited range of motion in fourth digit

**COMPARISON:** none

**FINDINGS:**

3 views of the right hand are obtained.

No fracture or joint malalignment.

The ring finger is persistently flexed and a 90° position at the PIP joint level.

Mild soft tissue swelling ring finger at the proximal and mid phalanx level.

Remaining joints are unremarkable. Joint spaces are maintained.

Articular surfaces appear smooth. No arthritic changes identified.

Remaining soft tissues are unremarkable by radiographic exam.

**IMPRESSION:**

No fracture or joint malalignment.

The ring finger is persistently flexed in a 90° position at the PIP joint level.

Mild soft tissue swelling ring finger at the proximal and mid phalanx level.

Radiologist:         Farhad Khorashadi, MD

Study ready at 14:27 and initial results transmitted at 14:30

5/6/2023 9:29 AM

**Dartmouth-Hitchcock** FCI Berlin

Robert Quarles
4/27/2023 10:00 AM   Office Visit
MRN: 65849867-0

Quarles, Robert (MRN: 65849867-0)  DOB: 7/8/1975

Description: 47 year old male
Provider: Matthew, Michael K, MD
Department: DHMC PLASTIC SURG 4M

**Diagnoses**

|  | Codes | Comments |
|---|---|---|
| Right hand pain | M79.641 |  |
| Pain in right wrist | M25.531 |  |

**Progress Notes**

Doscinski, Deborah A at 4/27/2023 10:00 AM
Status: Signed

**Plastic Surgery Hand Consultation Note**
Provider: Michael K. Matthew, MD

I have been asked to see the patient by Patrick Golden, DO

CC: right ring finger flexion contracture s/p fracture

Date of Injury: December 2021

Hand Dominance: LHD

Occupation: Prisoner

Mechanism of Injury and HPI: Robert Quarles is a 47 y.o. male who sustained an injury of the right hand after he tried to brace himself after falling off of a chair in December 2021. His right ring finger had a visible deformity immediately after this injury, which was manually put back in position. He did not get a brace after this injury. The right ring finger now contracted at the PIP joint and he is unable to move it. He also has no sensation in this finger.

The patient also reports central right wrist pain that developed after this injury. The wrist gives out when he tries to do push-ups. His right wrist flexion, extension, and rotation is limited. Overall, the patient wants to be able to return to working out.

No past medical history on file.

No past surgical history on file.

**Social History**

| Socioeconomic History | | |
|---|---|---|
| • Marital status: | Unknown | |
|    Spouse name: | Not on file | |
| • Number of children: | Not on file | |
| • Years of education: | Not on file | |
| • Highest education level: | Not on file | |
| Occupational History | | |
| • Not on file | | |
| Tobacco Use | | |
| • Smoking status: | Never | |

Quarles, Robert Printed by Matthew, Michael K, MD at 5/6/2023  9:29 AM                                    Page 1 of 4

5/6/2023 9:29 AM

Dartmouth-Hitchcock                                          Quarles, Robert (MRN: 65849867-0)  DOB: 7/8/1975

Progress Notes (continued)
Doscinski, Deborah A at 4/27/2023 10:00 AM (continued)

| | |
|---|---|
| • Smokeless tobacco: | Never |

**Substance and Sexual Activity**

| | |
|---|---|
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

**Other Topics**                          **Concern**
• Not on file

**Sexual History Narrative**
• Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Housing Stability: Not on file

## Allergies

| Allergen | Reactions |
|---|---|
| • Penicillins | Hives |

## Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • FLUoxetine (PROzac) 40 mg capsule | Take 50 mg by mouth daily. | | |
| • traZODone (Desyrel) 150 mg tablet | Take 75 mg by mouth nightly. | | |

No current facility-administered medications on file prior to visit.

**Examination:**
There were no vitals taken for this visit.
No acute distress
R Upper extremity:
Wrist: Lited range of motion (flexion, extension, radial and ulnar deviation all very limited, normal pronation/supination), focal tenderness over dorsal wrist at 3/4 interval, No dorsal or volar synovitis, DRUJ stable, no pain over scaphoid, negative Watson's, negative Finkelstein's, palpable radial and ulnar pulses
Hand: Thumb CMC joint with no subluxation, ring finer with boutonierre deformity and 40 flexion contracture and DIP stiffness, no thenar/intrinsic atrophy, FROM all digits, all fingers warm/pink/sensate to LT, no nail abnormality, no skin abnormality, no gross deformity/masses

**Diagnostic Testing:**

**XR Right Hand and Wrist 4/27/2023**
"IMPRESSION
Boutonniere deformity of the long and ring fingers, more severe in the ring finger."

"IMPRESSION
Quarles, Robert Printed by Matthew, Michael K, MD at 5/6/2023  9:29 AM                    Page 2 of 4

5/6/2023 9:29 AM

Dartmouth-Hitchcock                                      Quarles, Robert (MRN: 65849867-0) DOB: 7/8/1975

Progress Notes (continued)

Doscinski, Deborah A at 4/27/2023 10:00 AM (continued)

Chronic sequela of dorsal right scapholunate ligament avulsion/tear with DISI alignment of the wrist. "

**MRI Right Hand 10/12/2022**
Flexor digitorum tenosynovitis of 4th digit with Boutonniese deformity of fourth and third digits.
Edema-like signal in distal scaphoid pole, no fracture.
Mild intercarpal and first carpometacarpal joint effusion, this could represent underlying inflammatory process.

Impression: Robert Quarles is a 47 y.o. male patient with a Boutonniere deformity of the right ring finger secondary to central slip tear from trauma and now a fixed deformity. I explained the natural history of this condition. We discussed the possible treatment options, including surgical intervention. I explained that this would require a two-staged procedure with an external fixator placed at the initial operation. He would need to participate in extensive occupational therapy for three months between the two procedures. I do not recommend surgery at this time, as he will likely not have access to the medical care needed between the two operations in prison. However, I explained that he may be able to proceed with surgical intervention in the future if he wishes.

We reviewed the right hand and wrist x-rays in clinic today. Imaging reveals SLAC wrist that is progressive in nature, and also likley happened from trauma with an SL tear. I explained the natural history of this condition. We discussed the possible treatment options, including wrist fusion and scaphoid excision and four corner fusion. I think he is a candidate for a PRC. However, the patient will have significantly limited wrist range of motion following either of these two surgeries. Additionally, I explained that he will likely develop osteoarthritis of the wrist at a faster rate following this surgery. I do not recommend surgery for his wrist at this time. I recommend trying a right wrist brace for heavier activities and NSAIDs for pain management before proceeding with surgical intervention.

Plan:
1. Follow up via telephone after wearing the brace for 6 weeks.
2. A prescription for a brace from Orthocare was provided.
3. NSAIDs for pain management.

I, Taylor Morscheck, have performed the documentation for this encounter in the presence of and acting as a scribe for Michael K Matthew, MD.

---

**Medications at End of Encounter**

| FLUoxetine (PROzac) 40 mg capsule | Take 50 mg by mouth daily. |
| traZODone (Desyrel) 150 mg tablet | Take 75 mg by mouth nightly. |

**Medications Last Reviewed During Encounter By**

Blake, Kailey E, LNA on 4/27/2023 at 9:47 AM

**Medications Given In Office: Today and/or Future**

None

**Immunizations Deferred or Administered on Date of Encounter - 4/27/2023**

None Given

Quarles, Robert Printed by Matthew, Michael K, MD at 5/6/2023 9:29 AM                    Page 3 of 4

5/6/2023 9:29 AM                                DHMC ·· 16033424260                                Page 5 of 5

Dartmouth-Hitchcock                                      Quarles, Robert (MRN: 65849867-0)  DOB: 7/8/1975
**Immunizations Deferred or Administered on Date of Encounter - 4/27/2023 (continued)**

**Allergies (Review Complete on: 04/27/23)**

| Agent | Severity | Comments |
|---|---|---|
| Penicillins | | |

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 91535053 | Current Institution: | Butner FCC |
| Inmate Name: | QUARLES. ROBERT | Housing Unit: | BUH-W-B |
| Report Date: | 06/06/2024 | Living Quarters: | W08-259L |
| Report Time: | 10:47:54 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9308 |
| PAC #: | 103852947 |
| Revalidation Date: | 16th |
| FRP Participation Status: | Participating |
| Arrived From: | PEX |
| Transferred To: | |
| Account Creation Date: | 3/28/2019 |
| Local Account Activation Date: | 8/15/2023 3:15:50 AM |
| Sort Codes: | |
| Last Account Update: | 6/5/2024 6:09:52 PM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☑ Payroll    ☑ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $40.23 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $40.23 |



|  |  |
|---|---|
| National 6 Months Deposits: | $1,919.12 |
| National 6 Months Withdrawals: | $1,890.70 |
| Available Funds to be considered for IFRP Payments: | $1,419.12 |
| National 6 Months Avg Daily Balance: | $49.67 |
| Local Max. Balance - Prev. 30 Days: | $100.98 |
| Average Balance - Prev. 30 Days: | $42.64 |

## Commissary History

### Purchases

|  |  |
|---|---|
| Validation Period Purchases: | $201.75 |
| YTD Purchases: | $1,940.35 |
| Last Sales Date: | 6/3/2024 1:02:16 PM |

### SPO Information

|  |  |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

|  |  |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | Yes |
| Spending Limit: | $180.00 |
| Expended Spending Limit: | $31.75 |
| Remaining Spending Limit: | $148.25 |

## Commissary Restrictions

### Spending Limit Restrictions

|  |  |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:



*This is the Initial Request to Staff Electronic Email, Asking for Assistance for my Injuries as well as Reporting a fall that happened on December 18, 2021.*

## ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B

**QM**    ~^!"QUARLES, ~^!ROBERT M" <91535053@inmatemessage.com>
<91535053@inmatemessage.com>

Bcc: BRO-InmateToSickCall (BOP)                    Tue 5/23/2023 8:36 AM

To: medical
Inmate Work Assignment: unit kitchen orderly

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
dcc7e754-f11d-4b9d-9615-02f428b7e3cd
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


About a week ago,i was sitting in the chair in my cell and the chair broke.which caused me to fall back and injure my finger.I need my finger looked at.Thank you!


↩ Reply        ⟨⟨ Reply all        ↗ Forward

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

---------------------------------------------------------------------------------------

FROM: Sick Call
TO: 91535053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/23/2022 09:12:02 AM

You are being seen by Gerson now.

>>> ~^!"QUARLES, ~^!ROBERT M" <91535053@inmatemessage.com> 3/19/2022 7:51 PM >>>
To: to whom it may concern
Inmate Work Assignment: unit kitchen orderly

A couple of months ago I put in a sick call request to have two fingers on my right hand looked at.I was in my cell reading in my chair and the chair broke,causing my fingers to bend back and I guess break.I told the unit officer that day and was basicly ignored.A few days later I put in a sick call slip and was never called.Now a couple of months later.My ring finger is locked in place and I'm having back pains.While seeing the doctor about my left ear,I mentioned my finger and back and was told that he can only deal with one issue at a time and never called me about my finger and my back.So I please need to see about my fingers and back.Thank you!

Robert Quarles #91535-053
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

CERTIFIED MAIL

7020 0090 0002 2301 1445

Retail



11201

RDC 03

U.S. POSTAGE PAID
PM
BUTNER, NC 27509
JUN 13, 2024

$0.00

S2324K500610-06

* United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn NY 11201
Attention: Pro Se Office



PRIORITY
★ MAIL ★

TRACKED
INSURED

UNITED STATES
POSTAL SERVICE.

For Domestic and International Use    Label 107,

(LEGAL MAIL)

LEGAL MAIL)

