SCANNED

REC'D IN PRO SE OFFICE
JAN 13 '25 AM 9:54

United States District Court
Eastern District of New York

Dec 14th, 2024

Robert Quarles
        Plaintiff,

Docket # 1:24-CV-05301-HG-SJB

V.

United States of America,
Warden Felipe Martinez Jr.,
Dr. Bruce Bialor - Clinical Director,
NP. Brian Gerson MS/NP-C.
        Defendants,

Corrected First Amended Complaint
Fed. R. Civ. P 15 (A)(2)
Jury Trial Demanded

## First Amended Complaint/Affidavit

Comes Now, the Plaintiff Robert Quarles, And Acting pro-se Move to file this Corrected Amended Complaint, With this Honorable Court, in Accordance With the Federal Rules of Civil Procedure - 15 (A)(2). These Amendments Add New parties As defendants, who full Names And titles Were Not Known prior to Original Complaint. Recently obtained (orthopedic Specialist) Medical Documents, that Were Not Available When Original Complaint Was filed. Justice Requires that Plaintiff be given An opportunity to Correct the defects in his Original Complaint. Plaintiff has Just learned of the Existance of Additional facts Merit the Assertion of Additional theories of Relief. This Court has Jurisdiction over this Action pursuant to: Title 28 U.S.C. 1331, And U.S.C. 1346 (B) - 2671 - 2680 (h).

## Parties of Interest

Plaintiff: Robert Quarles, is a Federally Incarcerated prisoner, At the Federal Medical Center in Butner, N.C. He is Suing the Named Defendants for, Denial of Medical treatment, Excessive Delay in Medical treatment (Negligence) At Defined Under, 1346(b)-2671-2680(H),(FTCA). Plaintiff is proceeding pro-se And asks this Honorable Court to give this pleading A liberal Reading, in Accordance With the United States Supreme Court's holding in (Haines V. Kerner), 404 U.S. 519 (1972). Plaintiff Reg# 91535-053 F.M.C. Butner, P.O. Box 1600, Butner, N.C. 27509.

## Defendants

(1) United States of America: Sued in place of the Defendants Covered Under the Public Health Safety Act, Who Were Acting Within the Scope of their Employment As Employees Working for the F.B.O.P.

(2) Warden Felipe Martinez Jr.: The Warden At MDC Brooklyn, Between December 18, 2021 - March 23rd, 2022. He is being Sued in his official Capacity for his Supervisory liability. Negligent by Denial of Medical treatment, And Excessive Delay in Medical treatment to A Serious Medical Need. His Address is MDC Brooklyn, Brooklyn N.Y. 11232

(3) Doctor Bruce Bialor: The Clinical Director And instutional Doctor At MDC Brooklyn, Between December 18, 2021 - March 23, 2022. He is being Sued in his official Capacity for Negligence. Denial of Medical After Reporting fall And Serious injuries, Excessive Delay in Medical treatment. His Address is MDC Brooklyn, Brooklyn N.y. 11232

(4) NURSE PRACTITIONER - BRIAN GERSON : Plaintiff's Medical provider At MDC Brooklyn, Between December 18th, 2021 — March 23, 2022. He is being Sued in his official Capacity for Negligence. Denial of Medical treatment After Reporting A fall And Serious injuries. Excessive Delay in Medical treatment. His Address is MDC Brooklyn, Brooklyn N.y. 11232.

## Statement of Claim
## Affidavit Under Penalty of Perjury

I Robert Quarles, being Competant to Make this Affidavit And having personal Knowledge of the Matters Stated therein, declares pursuant to 28 U.S.C. 1746 the following:

Facts:

(1) ON Decemeber 18th, 2021, While A Detainee At (MDC Brooklyn) Around 10:30 pm, Unit 72. Plaintiff Was Seated in A plastic chair in his Cell Reading. When the chair broke, Causing Plaintiff to fall to the floor. Plaintiff tryed to brace his fall, by Extending his Right hand backWard, Causing his finger, hand And Wrist to HyperExtend.

(2) The Plaintiff layed on the floor of his Cell in Severe pain. Plaintiff's middle And Ring fingers on his Right hand, Were Visibly Swollen, Dislocated or broken.

(3) At the time the Emergency Button in plaintiff's Cell Was Not Working. Plaintiff had to Wait until folbwing Morning to Seek Medical Attention.

( Statement of Claim )

(4) On December 19th, 2021, The Very Next Morning following Plaintiff falling from chair. Plaintiff's Cell Door opened for breakfast. Plaintiff Reported the incident to unit officer And injuries from incident. Plaintiff Showed officer his injured Right hand, Deformed And Swollen. He informed unit officer of the Severe pain he Was in And Demanded to be Seen by Medical.

(5) The unit officer Stated "Plaintiff's injuries Were Not An Emergency Situation And he might of Just Jammed his fingers. The officer then told plaintiff to Write A Cop-out to Sick-call And Request to be Seen by Medical, because he Was Not Calling Anyone.

(6) According to the Federal Bureau of Prisons (Program Statement - #6031.04 Patient Care) (Inmate injury Assessment And Follow-up) (BP-A0362). After Plaintiff Reported his fall and injuries, officer Was Suppose to have Plaintiff Complete A (BP-A0362 form). For Even the Most Minor injuries, Regardless Whether they Are Related to Work, Recreation, Assault, off-duty time, or occupational illness. In each Case inmate Should be quoted directly As to how the Accident or occupational illness occurred. All injury Reports must be Reviewed And Signed by A Physician As Soon As possible. Under Normal Circumstances, this Will occur the Next Working day. A Copy of the form Will be forwarded to the Safety Manager. None of these Must Due procedures Were followed as policy States Should be (#6031.04 Patient Care).

(7) Both December 19th And 20th 2021, Plaintiff Wrote Written Cop-out's to Sick-Call (Medical), Requesting Medical Attention After Reporting An incident and injuries from that Fall. No Response to both Request, by Plaintiff.

(4)

(Statement of Claim)

(8) (MDC Brooklyn) is a Controlled Movement Federal Detention Center. Plaintiff Was Not Allowed to leave Unit 72, for Any Reason Without Staff or officer Escort, per policy.

(9) On December 21st, 2021, Plaintiff Sent An Electronic Email Requesting Sick-Call And Again Reporting the Fall And his injuries. (This Electronic Email is Attached). Proving Plaintiff Reported, the incident And his injuries to Medical Months before he Was Even Seen by his provider Brian Gerson MS/NP-C or Anyone from Medical. Program Statement (#6031.04 patient Care), Clearly States Under (Urgent-Care Services), that (injuries, chest pain, Asthma Attacks), Will be Available At All times, Either through on-site providers, or Community Emergency Services.

(10) Prior to March 23, 2022, Plaintiff Was Seen twice by his provider Brian Gerson MS/NP-C, for unrelated issues With his left Ear. Which Was Considered An Emergency At the time (Due to lost of hearing and bleeding from Ear). Both times While Seeing Brian Gerson MS/NP-C About his Ear, Plaintiff Addressed Mr. Gerson About his December 18, 2021, fall, injuries, unanswered Written and Electronic Emails. Plaintiff Expressed the Daily pain And limited Range of Motion, that has Worened in plaintiffs Right fingers, Wrist And lower back. Brian Gerson MS/NP-C ignored plaintiffs issue pertaining to December 18, 2021 fall and injuries. Both Visits for Ear, Brian Gerson Stated, "plaintiff Was Not here for A fall and he Could only Deal With one issue At A time. Brian Gerson MS/NP-C, Refused to plaintiffs issues Again.

(Statement of Claim)

(11) On March 19th, 2022, Plaintiff Sends Another Electronic Email Requesting Sick-call (Medical Attention), for the Same December 18, 2021 Incident And injuries From that Fall. (This Email is Attached). After 3 Months of Complaining, begging for My provider Brian Gerson ms/NP-C, Unit Team, As Well As other Medical Staff, to Address My Medical issues. As of Now March 19, 2022, plaintiff Was still being Denied Medical For the incident on December 18th, 2021.

(12) Plaintiff's Middle finger, Ring finger And Wrist on Right Side, have Now locked in place, Along With Severe Daily pain. his Wrist has No Range of Motion. Plaintiff's back is So stiff, that he can barely bend to tie his Shoes. Dealing With these injuries Are Effecting his Everyday Quality of life. Due to plaintiff Not bleeding or half Dead, his provider Brian Gerson ms/NP-C, other Medical staff, And Officers Are Not taking his injuries Serious.

(13) Federal Bureau of Prisons Program Statement (6031.04 patient Care) is Policy, MDC Brooklyn And it's Employees must follow Caring for inmates in their Custody. FBOP States in (P.S. 6031.04 patient Care) As follows:

* <u>Purpose And Scope</u>: of (P.S. 6031.04 patient Care)

To Effectively Deliver Medically Necessary health Care to inmates.

* <u>Program objectives</u>: of (P.S. 6031.04 patient Care)
Health Care Will be Delived to inmates in Accordance With proven Standards of Care Without Compromising public Safety Concerns inherent

(6)

(Statement of Claim)

to the Agency's Overall Mission.

(14) On March 23, 2022, plaintiff Sends Again Another Email to his provider Brian Gerson ms/np-c. Pretaining to his injuries from the December 18, 2021 fall, plus issue with his Ear. The unit officer informed plaintiff, that Briam Gerson ms/np-c is on the 7th Floor And Wants to See him. Plaintiff Gets Dressed And Was Escorted to See Brian Gerson ms/np-c.

(15) Plaintiff's Provider Brian Gerson Askes Plaintiff "how Was his Ear Doing"? Plaintiff States "My Ear is fine, I Need you to Look At My fingers, hand, Wrist And lower Back".

(16) Plaintiff's provider Brian Gerson ms/np-c, Askes plaintiff What happen? Plaintiff Respectfully informs Mr. Gerson of the prior Emails And prior interaction About this Matter. Plaintiff then showed provider Mr. Gerson, Copies of prior Emails. Plaintiff them Asked provider Gerson to pull up his Emails on his Computer, Which Mr. Gerson did. After Brian Gerson ms/np-c pulled up Plaintiff's prior Emails Reporting fall And injuries from over 3 months prior to March 23, 2022. Along With the Conditions of Plaintiff's hand, fingers And Swollen, Wrist. Brian Gerson ms-np-c, stated he overlooked this Matter And immediately Requested to have X-Rays taken the Next Day. (X-ray for hand Attached).

(17) More than 3 months After Plaintiffs fall And injuries, Plaintiff finally Sees his provider Brian Gerson ms/np-c, to Address these injuries.

(7)

(Statement of Claim)

(18) Plaintiff Wants to Remind the Court, that March 24th, 2022, X-Rays of plaintiffs hand Were taken only. Despite Me Explaining to Brian Gerson ms/np-c All My issue Hand, fingers, Wrist And lower Back.

(19) Plaintiff Wants to Also Remind the Courts, that this X-Ray of his hand Was taken more than 3 months After Reporting his fall And injuries. It is Common Sense that After 3 months All bones, Tissues And ligaments Would be healed by this point. Only An MRI Would See the Seriousness of My injuries After 3 months.

(20) Every Federal institution has An Established Utilization Review Commitee (URC). Chaired by the Clinical Director (At that time Was Dr. Bruce Bialor (mat), MD, CD) other Members should include, but Not limited to plaintiff's provider At the time Brian Gerson ms/np-c.

The (URC) Will Review the following Area's:

Outside Medical, Surgical, And Dental procedures

(21) Request for Specialist Evaluations, in-house or Escorted trip to the Specialist office (All have to be Approved by the Clinical Director. According to P.S. 6031.04 (patient Care)

(22) With these Rules, policies, As Well As A (URC) Set in place to Approve And Evaluate these patients Moving forward. It becomes Standard Practice to Send MRI or Images of patient's injurie to Specialist, before or With patient, therefore the Specialist Can Evaluate patient And MAKE A proper Diagnosis.

(8)

(Statement of Claim)

(23) Medical Records Will Show the Court, Defendants Deviated from Accepted Medical Care, By one, Not treating Plaintiff's injuries in A timely Manner. Second by, Sending Plaintiff to hand Specialist 5 months After Reporting A fall and injuries, Without MRI or images. Specialist told plaintiff their is Nothing he Can Do to help me, Because Defendants failed to take MRI, Before Sending Plaintiff to Specialist. Specialist ordered Defendants to have An MRI taken And Reschedule Plaintiff for a later Date.

(24) Medical Records Will Show the Court, Plaintiff NEVER Received An MRI or Returned to Specialist While in (MDC Brooklyn). Shortly After Plaintiff's Visit to Specialist, Plaintiff Was Sentenced in District Court And Quickly trensfered to FCI Berlin.

(25) Dr. Bruce Bialor (MAT) MD, CD, Plaintiff's provider Brian Gerson MS/NP-C, Negligently failed to Respond to Plaintiff's Urgent injuries in A timely Manner. This breach of Care Was the "proximate Cause of Plaintiff's injuries." This Excessive Delay in Adequate Medical Care Caused Plaintiff Extreme pain And Permenant Damage to his fingers, hand, Wrist, As stated in both Specialist Notes, Which Are Attached to this Amended Complaint.

(26) Plaintiff's provider Brian Gerson MS/NP-C Negligently Misdiagnosed And treated Plaintiffs injuries. Which Allowed Plaintiffs true Condition of (Right Scapholunate Advanced Collapse in Wrist And Right Ring finger fixed boutonniere) Deformity to deteriorate And Worsen overtime. This Negligence Was Also A Major Contributing factor As the "proximate Cause of Plaintiffs injuries.

(9)

(Statement of Claim)

(27) Plaintiff Arrived At FCI Berlin June, 2022. Immediately Plaintiff Started Complaining About his pain, in his fingers, hand, Wrist And lower back. Plaintiff Was Immediately Seen by Clinical Director Patrick Golden, CD.

(28) Plaintiff Sat down With Dr. Golden, CD, And Explained in Detail Everything that he Was going through. Everything Defendants Did Negligently to Allow my injuries to Worsen, beyond Repair. Dr. Golden in FCI Berlin, got Plaintiff the MRI, Defendants failed to Do And Plaintiff Was diagnosed to having A (Right Scapholunate Advanced Collapse in Wrist And Right Ring finger fixed boutonniere Deformity) That Defendants Negligently Missed, because AN MRI Was Never Taken. See Specialist Notes from (Dartmouth-Hitchcock, Dr. Micheal Matthew MD) (Attached)

(29) Plaintiff's Custody level drops to Low Security And he get Transferred in July 2023, to Cadre program in Butner N.C., Federal Medical Center. Where Plaintiff Underwent 3 Surgeries. 2 Surgeries for Ring finger fixed boutonniere Deformity, Where I had to Wear An External fixor for 12 Weeks. That Surgery Did Not Work, So Specialist ordered it to be Removed. For My finger And Wrist, Plaintiff Ended up having them fused. Which is Called A Salvage procedure. Both Plaintiffs finger And Wrist Were beyond Repair, because of Defendants Negligence in Not Affording Plaintiff Standard Medical Care in A timely Manner. So My fusion to finger And Wrist is to Alleviate pain only. See Specialist Notes From (N.C. ortho, Dr. Ryan, DO (orthopaedic Specialist) Attached.

(10)

(Statement of Claim)

**(30)** The initial Denial of Standard Medical treatment, Excessive Delay in treatment, And Defendants Deviation from Acceptable Standard Medical Care. Along With Defendants Clear Negligence. All played Contributing Factors to "proximate Cause of plaintiffs injuries.

**(31)** The Plaintiff Robert Quarles, is Not An Attorney And Does Not have Superior Knowledge of the Law. That being Said the plaintiff has done his best to state the facts With Evidence, to bring An Actionable Claim. Plaintiff Reserves the Right to Request that the Court Allow **him** to Amend this Complaint Any Way this Court might instruct him to do So. Please Provide the Plaintiff the Assistance of Counsel in the future. The Legal Structure plus obtaining Discovery Will Require the Assistance of Counsel to prevail.

The Plaintiff Swears Under Penalty of Perjury that the foregoing is True, Complete And Correct to the best of his Knowledge. The plaintiff Affirms Such by his Signature At the End of this instrument.

Respectfully Submitted,

Robert Quarles  #91535-053
Robert Quarles  #91535-053

QUARLES, Robert (Id #308425, dob: 07/08/1975)

**91535·053**

**BUH - Cadre**

**Encounter Date: 06/14/2024**

| Patient | | | |
|---|---|---|---|
| **Name** | QUARLES, ROBERT (48yo, M) ID# 308425 | **Appt. Date/Time** | 06/14/2024 10:45AM |
| **DOB** | 07/08/1975 | **Service Dept.** | OrthoNC-Raleigh |
| **Provider** | RYAN TARR, DO | | |
| **Insurance** | Med Legal: UMASS BUTNER Insurance # : 91535-053 Prescription: check now | | |

## Chief Complaint

Tarr New - Hand Pain

## Patient's Pharmacies

HARRIS TEETER PHARMACY 09700385 (ERX): 2195 TEA PLANTER LANE, MT PLEASANT, SC 29466, Ph (843) 881-2583, Fax (843) 881-2852

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## HPI

The patient is a pleasant 48-year-old male who presents today for evaluation of his right hand. He reports approximately 3 years ago he was in a chair when the chair collapsed resulting in him landing on his hand. He reports he noted his ring finger middle finger dislocated. He tended to sit them himself. Reports he requested to be seen by the medical team however was not seen for 3 months. By the time he was able to get in he had developed a significant contracture of the ring finger with decreased mobility of the middle finger as well. He also reports he had increased pain along the wrist. Despite conservative modalities he continued to have pain and deformities. He reports he takes daily acetaminophen. He also reports significant pain in the wrist. He has decreased mobility.

## ROS

Additionally reports: Complete 11 system review was obtained and negative except for what is noted in the history of present illness.

## Physical Exam

**Constitutional:** General Appearance: healthy-appearing and well-developed.

**Psychiatric:** Mental Status: active and alert and normal mood.

**Head:** Head: normocephalic and atraumatic.

**Neck:** Neck: supple and FROM.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Pulses including femoral / pedal: normal throughout.

**Skin:** Inspection and palpation: no rash or lesions and good turgor.

MSK: Examination of the right hand reveals a digit widget over the ring finger. He has an obvious boutonniere deformity. Even when the digit widget was removed the digit is not passively correctable. He has approximately 90 degree contracture with a stiff DIP joint. There is a slight boutonniere deformity of the middle finger however he does have active extension at the PIP joint. There is also swelling of the radial wrist with decreased flexion extension.

X-ray: 4 views of the right hand were obtained today. Results demonstrate evidence of radial scaphoid arthrosis consistent with an SLAC wrist. There is slight extension of the lunate consistent with a DISI deformity. There is also evidence of a digit widget in place of the ring finger with volar translation of the middle phalanx compared to the proximal phalanx. There is extension of the distal interphalangeal joint consistent with a boutonniere deformity.

**QUARLES, Robert (id #308425, dob: 07/08/1975)**

## Assessment / Plan

1. Right scapholunate advanced collapse
2. Right ring finger fixed boutonniere deformity

I had a thorough discussion with the patient. Unfortunately, he had a missed central slip injury that was not treated in a timely fashion which has now led to fixed boutonerrie deformity. He is now tried a digit widget with many revisions and has not been able to maintain any significant improvement in his motion. I discussed with him that due to the severity of his contracture I do not feel he would get significant improvements with a joint release and tenolysis. Due to the fact that the x-rays reveal the joint is concentrically reduced, I discussed with him I feel his best option for a 1 and a procedure would be to do a PIP fusion. I did stress the importance of understanding the concept of the surgery as the PIP joint will not remove again. As the patient continues to have significant issue and deformity with this will have recommended we proceed to the operating room for digit widget excision and PIP joint fusion.

We also discussed his wrist. There is evidence of scapholunate ligament tear of the radial styloid arthrosis. We discussed treatment options including living with it, corticosteroid injections, and salvage procedures. He has previously had injections with minimal to no relief. I discussed with him that I do not feel that he would be happy with a proximal row carpectomy and would be better treated with a scaphoidectomy and 4 corner fusion.

After discussing the risk and benefits of all of the procedures she like to proceed with both. We will send these to his medical department for approval. All of his questions were answered and he agrees to this treatment plan.

Treatment options were reviewed. We discussed nonoperative care and surgical intervention, as well as the risks and benefits of both. Risks of surgery include infection, stiffness, blood loss, damage to the surrounding tendons, damage to surrounding neurovascular structures, need for revision surgery and worsening symptoms. If any hardware is placed there is a chance it may need to be removed in the future.

All of the patients questions have been answered. They have agreed to undergo RIGHT ring finger proximal interphalangeal joint fusion, right ring finger hardware removal, right wrist scaphoid ectomy and partial wrist fusion.

Anesthesia: MAC with regional
Antibiotics: 2g ancef if no allergies
Hand Therapy: Splint and postop protocol
Postop: 2 weeks for suture removal

## 1. Hand pain - Right -

Additional diagnosis detail: Hand pain, right
  M79.641: Pain in right hand
• XR, HAND, 3 OR MORE VIEW

## 2. Pain of right wrist - Right -

Additional diagnosis detail: Right wrist pain
  M25.531: Pain in right wrist

## 3. Scapholunate advanced collapse -
Additional diagnosis detail: Scapholunate advanced collapse of wrist, unspecified laterality
  M19.139: Post-traumatic osteoarthritis, unspecified wrist
• ARTHRODESIS, WRIST (SURG) -    Note to Provider: Right ring finger proximal interphalangeal joint fusion,
  right ring finger hardware removal, right wrist scaphoid-ectomy, partial wrist fusion and posterior
  interosseous neurtectomy

| | |
|---|---|
| Duration of Surgery (hours): 2.5 | Anatomical Site: wrist and ring finger |
| Anesthesia: MAC | Type of Second Anesthesia: Regional |
| Medical Clearance: **** | Guidance: XR |
| Special Instruments / Equipment: Big C-Arm, Arthrex Staples, headless compression screws, K-wires | Antibiotic: 2g ancef if no allergies |
| Post-op Therapy / Treatment: OT | |
| Procedure code: 25825, 25210, 64772, 20670, 26860 | |

## 4. Arthritis of wrist
  M13.839: Other specified arthritis, unspecified wrist

XR, HAND, 3 OR MORE VIEW
• Result:

Granville Health System
1010 College St.
· . Oxford, NC 27565
919-690-3236

Operation Report
Report#: 0828-0082

Patient Name: QUARLES,ROBERT
Unit Number: MC00213602
Account number: F00016632218
DOB: 07/08/75
Admit Date:
Discharge Date: 08/27/24

91535- 053   BUH- Cadre

DATE OF OPERATION: 08/27/2024.

SURGEON: Ryan Tarr, DO.

PREOPERATIVE DIAGNOSES:
1. Right scapholunate ligament collapse.
2. Right ring finger boutonniere deformity.

POSTOPERATIVE DIAGNOSES:
1. Right scapholunate ligament collapse.
2. Right ring finger boutonniere deformity.

PROCEDURES:
1. Right wrist scaphoidectomy with 4-corner fusion.
2. Right wrist posterior interosseous nerve neurectomy.
3. Right ring finger proximal interphalangeal joint fusion.

ASSISTANT: Hannah Denson, PA-C

ANESTHESIA: General with local block.

BLOOD LOSS: Minimal.

IMPLANTS: Arthrex 2.5 x 22 mm headless compression screw, as well as a size 13
x 10 and a size 15 x 15 Nitinol staples.

SPECIMEN: None.

COMPLICATIONS: None.

INDICATION FOR PROCEDURE: The patient is a pleasant 49-year-old man who
presented to my office for evaluation of right hand and finger pain after
sustaining an injury at the local prison. He was found to have findings
consistent with a right SLAC wrist with arthritis in the radial styloid and
scaphoid, as well as significant bony deformities of the ring finger. He had
tried conservative modalities at the prison, including a digit widget, as well as
surgical options, including a digit widget; however, continued to have
significant deformity that was not passively or actively correctable. He did

Copies To: TARR,RYAN   DO~

MED
D: 08/28/24 1450
T: 08/28/24 1537

Page: 1

Signed

ORTHOPAEDIC SPECIALISTS OF NC PA • 11221 Galleria Ave, RALEIGH NC 27614-8599

**QUARLES, Robert (Id #308425, dob: 07/08/1975)**

~ Result::

Return to Office
Patient will return to the office as needed.

Encounter Sign-Off
Encounter signed-off by RYAN TARR, DO, 06/26/2024.

Encounter performed and documented by RYAN TARR, DO
Encounter reviewed & signed by RYAN TARR, DO on 06/26/2024 at 4:44pm

## Imaging Results

### XR, HAND, 3 OR MORE VIEW (#8125696, 06/14/2024 1:03pm)

| Report | Result | Ref Range | Units | Δ | Status | LastRev |
|---|---|---|---|---|---|---|
| Result: | | | | | | |

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | QUARLES, ROBERT | | | Reg #: | 91535-053 |
| Date of Birth: | 07/08/1975 | Sex: | M | Race: | BLACK |
| Scanned Date: | 09/26/2024 10:48 EST | | | Facility: | BUH |

**Cosigned by Duchesne, C. MD on 09/30/2024 12:28.**

Patient Name: QUARLES,ROBERT
Patient Account Number: F00016632218

Operation Report

---

elect to proceed to the operating room for a right wrist scaphoidectomy and 4-corner fusion, a right ring finger proximal interphalangeal fusion, and posterior interosseous nerve neurectomy. Treatment options were discussed in detail with the patient, who elected to proceed.

PROCEDURE IN DETAIL: The patient was identified in the preoperative holding area. Surgical procedure was reviewed with the patient and the surgical consent was signed. Next, the patient was then rolled back to the operative suite and general anesthesia was administered. I then performed a radial and a median nerve block with 20 cc of 1% lidocaine with epinephrine as well as 10 cc of 0.5% Marcaine. A tourniquet was then placed on the right upper extremity. The hand was then prepped and draped in sterile orthopedic fashion. Time-out was performed, identifying the correct patient, procedure, and extremity. Esmarch was used to exsanguinate the limb and the tourniquet was inflated to 225 mmHg.

Starting at the wrist, a longitudinal incision was made just ulnar to Lister tubercle. Careful dissection was performed through the skin and subcutaneous tissue down to the layer of the extensor retinaculum. Full-thickness flaps were elevated both radially and ulnarly, taking care to protect the sensory nerves. Once both flaps were completely elevated and the extensor tendons were visualized, the EPL was transposed from the third dorsal compartment radially. Next, the retinaculum over the carpus was excised, revealing the extensor tendons. The second and fourth compartments were then sharply elevated off the distal aspect of the radius. An inverted-T capsulotomy was performed and the capsule was elevated off the distal radius. It was noted that there was a full-thickness tear to the scapholunate ligament. The scaphoid was then carefully dissected from the surrounding tissue and was excised en bloc with the McGlamry elevator. At this point, the lunate facet and lunate articular surface was evaluated and found to be pristine. Due to this, we elected to proceed with a 4-corner fusion.

Utilizing a combination of both a rongeur and curettes, the articular surface between the lunate and the capitate as well as the triquetrum and the hamate were both completely debrided down to bleeding cancellous bone. A 0.045-inch K-wire was also used to provide multiple bony tunnels within the bone to allow for bleeding. Next, an ostectome was used to make a small cortical window in the dorsal aspect of the wrist. A distal radius autograft was obtained and packed within the fusion sites. K-wires were then placed across the fusion site, maintaining alignment. Once we were happy with the position, a 15 x 15 mm Nitinol Arthrex staple was passed from the lunate into the capitate, obtaining great compression, and then a second 13 x 10 mm staple was passed from the triquetrum into the hamate. Final films demonstrated a well-aligned

Copies To: TARR,RYAN DO~

MED
D: 08/28/24 1450
T: 08/28/24 1537

Signed

Patient Name: QUARLES,ROBERT
Patient Account Number: F00016632218                         Operation Report

-----------------------------------------------------------------------------------------

4-corner fusion with good correction of the lunate extension.

Next, attention was then carried to the proximal interphalangeal joint. A
longitudinal incision was made directly over the dorsal aspect of the joint.
Dissection was carried down to the extensor tendon and full-thickness flaps
were elevated both radially and ulnarly. A longitudinal tenotomy was also
performed, revealing the joint. It was noted that the central slip was
disrupted and the joint was volarly subluxated. The collateral ligaments were
released as well as the volar plate, and I attempted to reduce the joint. It
was noted that there was significant stiffness at the joint, despite there
being no soft tissue connections. This was felt to possibly represent a skin
contracture as the digit had been flexed for quite some time. Due to this, we
elected to shorten the ring finger to allow for adequate angulation of the
fusion site. A sagittal saw was used to remove approximately 4 mm of
proximal phalanx head and neck. Once I was able to adequately reduce the proximal
interphalangeal joint, this was then positioned in approximately 45 degrees of
flexion. The K-wire was then passed across the joint to confirm adequate
reduction. This was then measured and overdrilled, and a 2.5 x 22 mm headless
compression screw was passed. Great fixation was noted with a well-aligned
digit. The fourth dorsal compartment was then evaluated. At the floor of the
fourth dorsal compartment the proximal interphalangeal midpoint interosseous
nerve was identified. Approximately 3 cm of a PIN was excised to help with
postoperative pain control.

At this point, all of the incisions were then thoroughly irrigated with normal
saline. The tourniquet was deflated and hemostasis was obtained with bipolar
electrocautery. The capsule was repaired with a 4-0 Vicryl suture, as well as
the second and fourth dorsal compartments were reapproximated to one another.
A 4-0 Vicryl suture was also used to repair the extensor tendon of the ring
finger. Next, the skin was then closed in a layered fashion using 4-0 Monocryl
and 4-0 nylon sutures. A bulky dressing with a volar splint and ulnar gutter
splint were applied. The patient was then awakened by Anesthesia and returned
to the PACU in stable condition.

Hannah Denson, PA-C, was utilized in the absence of a qualified resident. She
assisted with exposure, implant placement, and closure. I was present for all
portions of this case.


_____
RYAN TARR, DO


Copies To: TARR,RYAN   DO~

MED
D: 08/28/24 1450
T: 08/28/24 1537

                                                                          Page: 3

                                   Signed

Patient Name: QUARLES,ROBERT

Patient Account Number: F00016632218       **Operation Report**

_____

TARRY: MEDQ
D: 08/28/2024 14:50
T: 08/28/2024 15:37
Job #: 483342/1038886831

OPERATIVE REPORT

<Electronically signed by RYAN TARR, DO> 08/31/24 2104

.

Copies To: TARR,RYAN DO~

MED
D: 08/28/24 1450
T: 08/28/24 1537

Page: 4

Signed

Granville Health System
1010 College Street
Oxford NC 27565
Phone: 919-690-3420 Fax: 919-690-0114

Name: QUARLES,ROBERT
Phys: TARR,RYAN   DO
DOB: 07/08/75  Age: 49  Sex: M
Acct: F00016632218  Loc: SDC
Exam Date: 08/27/24  Status: PRE SDC
Unit No: M000213602
Report # 0827-0050

## Radiology Report

XR WRIST LT, XR FINGERS LT MIN 2 VIEW, XR C-ARM
8/27/2024 10:33 EDT

Clinical Indication: LT WRIST PAIN, OA, CAPHOLUNATE LIGAMENT TEAR

Referring Provider:  RYAN TARR, DO

ORDER #: 0827-0016 XRAY/XR C-ARM
Findings and Impression: Fluoroscopy was provided to Dr. Tarr for right fourth finger fusion andright wrist
fusion. Orthopedic screw is noted in the right fourth finger. There is scaphoidectomyand 4 corner fusion in the
right wrist. Cumulative fluoroscopy time is 1:28. 7 C-arm spotintraoperative radiographs were obtained.
Report Electronically Signed By:  8/27/2024 11:29 EDT Reported By: Elmer MD.ECS San Pedro MD POS:RAD108
<Electronically signed by ELMER C. SAN PEDRO, MD in OV>
08/27/24 1131

Copies to: FEDERAL CORRECTIONS (FCI); TARR,RYAN   DO~

Technologist JOHN E. NEWELL, JR.

ECS
D: 08/27/24 1127
T: 08/27/24 1127

Page 1

Signed

Granville Health System
1010 College Street
Oxford NC 27565
Phone: 919-690-3420  Fax: 919-690-0114

Name: QUARLES,ROBERT
Phys: TARR,RYAN  DO
DOB: 07/08/75  Age: 49  Sex: M
Acct: F00016632218  Loc: SDC
Exam Date: 08/27/24  Status: PRE SDC
Unit No: M000213602
Report # 0827-0051

## Radiology Report

XR WRIST LT, XR FINGERS LT MIN 2 VIEW, XR C-ARM
8/27/2024 10:33 EDT

Clinical Indication:  LT WRIST PAIN, OA, CAPHOLUNATE LIGAMENT TEAR

Referring Provider:  RYAN TARR, DO

ORDER #: 0827-0015 XRAY/XR FINGERS LT MIN 2 VIEW
Findings and Impression: Fluoroscopy was provided to Dr. Tarr for right fourth finger fusion andright wrist
fusion. Orthopedic screw is noted in the right fourth finger. There is scaphoidectomyand 4 corner fusion in the
right wrist. Cumulative fluoroscopy time is 1:28. 7 C-arm spotintraoperative radiographs were obtained.
Report Electronically Signed By:  8/27/2024 11:29 EDT  Reported By: Elmer MD.ECS San Pedro MD POS:RAD108
<Electronically signed by ELMER C. SAN PEDRO, MD in OV>
08/27/24 1131

Copies to: FEDERAL CORRECTIONS (FCI); TARR,RYAN  DO~

Technologist: JOHN E. NEWELL, JR.

ECS
D: 08/27/24 1127
T: 08/27/24 1127

Page 1

Signed

*Granville Health System*
*1010 College Street*
*Oxford NC 27565*
*Phone: 919-690-3420 Fax: 919-690-0114*

*Name: QUARLES,ROBERT*
*Phys: TARR,RYAN DO*
*DOB: 07/08/75 Age: 49 Sex: M*
*Acct: F00016632218 Loc: SDC*
*Exam Date: 08/27/24 Status: PRE SDC*
*Unit No: M000213602*
*Report # 0827-0052*

**Radiology Report**

XR WRIST LT, XR FINGERS LT MIN 2 VIEW, XR C-ARM
8/27/2024 10:33 EDT

Clinical Indication: LT WRIST PAIN, OA, CAPHOLUNATE LIGAMENT TEAR

Referring Provider: RYAN TARR, DO

ORDER #: 0827-0014 XRAY/XR WRIST LT
Findings and Impression: Fluoroscopy was provided to Dr. Tarr for right fourth finger fusion and right wrist fusion. Orthopedic screw is noted in the right fourth finger. There is scapholdectomy and 4 corner fusion in the right wrist. Cumulative fluoroscopy time is 1:28. 7 C-arm spot intraoperative radiographs were obtained.
Report Electronically Signed By: 8/27/2024 11:29 EDT Reported By: Elmer MD.ECS San Pedro MD POS:RAD108
<Electronically signed by ELMER C. SAN PEDRO, MD in OV>
08/27/24 1131

Copies to: FEDERAL CORRECTIONS (FCI); TARR,RYAN DO~

Technologist: JOHN E. NEWELL, JR.

ECS
D: 08/27/24 1127
T: 08/27/24 1127

Page 1

Signed



## MDC Brooklyn BRO

| | | | |
|---|---|---|---|
| Patient: | **QUARLES, ROBERT (Male)** | DOB: | 07/08/75 |
| Register#: | **91535-053** | Age: | 46 |
| Date: | 03/24/22 14:26 | Status: | OP |
| Slicecount: | 3 | | |
| History: | Injury Limited ROM in 4th digit | | |
| Priors: | | | |
| Exams: | FILM RIGHT HAND | | |
| Referring Phy: | GERSON | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: 1.2.840.113619.2.305.4.2147483647.1648124364.860504 | | | |

**Final Report**

**Exam: FILM RIGHT HAND**

**INDICATION: Injury, limited range of motion in fourth digit**

**COMPARISON: none**

**FINDINGS:**

**3 views of the right hand are obtained.**

**No fracture or joint malalignment.**

**The ring finger is persistently flexed and a 90° position at the PIP joint level.**

**Mild soft tissue swelling ring finger at the proximal and mid phalanx level.**

**Remaining joints are unremarkable. Joint spaces are maintained.**

**Articular surfaces appear smooth. No arthritic changes identified.**

**Remaining soft tissues are unremarkable by radiographic exam.**

**IMPRESSION:**

**No fracture or joint malalignment.**

**The ring finger is persistently flexed in a 90° position at the PIP joint level.**

**Mild soft tissue swelling ring finger at the proximal and mid phalanx level.**

Radiologist:                    Farhad Khorashadi, MD

Study ready at 14:27 and initial results transmitted at 14:30



## MDC Brooklyn BRO

| | | | |
|---|---|---|---|
| Patient: | **QUARLES, ROBERT (Male)** | DOB: | 07/08/75 |
| Register#: | **91535-053** | Age: | 46 |
| Date: | 05/19/22 11:27 | Status: | OP |
| Slicecount: | 2 | | |
| History: | Back pain s/p fall | | |
| Priors: | | | |
| Exams: | FILM L SPINE | | |
| Referring Phy: | GERSON | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.840.113619.2.305.4.2147483647.1652971324.528132

---

**Final Report**

**Exam: FILM L SPINE**

**HISTORY:** Back pain status post fall

**TECHNIQUE:** 2 views obtained

**COMPARISON:** No prior imaging available

**FINDINGS:** There is no scoliosis. Vertebral bodies demonstrate normal height. The bone mineralization is normal. There is no malalignment. Normal lumbar lordosis. Severe L5-S1 disc space narrowing. Minimal L5-S1 facet arthropathy.

**IMPRESSION:**
No radiographic evidence for acute compression fracture or malalignment.

Severe disc space narrowing and minimal facet arthropathy at L5-S1.

Radiologist:                    Maurice Yu, MD

Study ready at 11:28 and initial results transmitted at 15:06

5/6/2023 9:29 AM

Quarles, Robert (MRN: 65849867-0)  DOB: 7/8/1975

**Dartmouth-Hitchcock**                    FCI Berlin

| Robert Quarles | Description: 47 year old male |
| 4/27/2023 10:00 AM  Office Visit | Provider: Matthew, Michael K, MD |
| MRN: 65849867:0 | Department: DHMC PLASTIC SURG 4M |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Right hand pain | M79.641 | |
| Pain in right wrist | M25.531 | |

**Progress Notes**

Doscinski, Deborah A at 4/27/2023 10:00 AM
   Status: Signed

**Plastic Surgery Hand Consultation Note**
**Provider: Michael K. Matthew, MD**

**I have been asked to see the patient by Patrick Golden, DO**

**CC: right ring finger flexion contracture s/p fracture**

**Date of Injury: December 2021**

**Hand Dominance: LHD**

**Occupation: Prisoner**

**Mechanism of Injury and HPI:** Robert Quarles is a 47 y.o. male who sustained an injury of the right hand after he tried to brace himself after falling off of a chair in December 2021. His right ring finger had a visible deformity immediately after this injury, which was manually put back in position. He did not get a brace after this injury. The right ring finger now contracted at the PIP joint and he is unable to move it. He also has no sensation in this finger.

The patient also reports central right wrist pain that developed after this injury. The wrist gives out when he tries to do push-ups. His right wrist flexion, extension, and rotation is limited. Overall, the patient wants to be able to return to working out.

No past medical history on file.

No past surgical history on file.

**Social History**

| Socioeconomic History | |
|---|---|
| • Marital status: | Unknown |
|    Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Not on file | |
| Tobacco Use | |
| • Smoking status: | Never |

Quarles, Robert Printed by Matthew, Michael K, MD at 5/6/2023  9:29 AM                    Page 1 of 4

Dartmouth-Hitchcock                                       Quarles, Robert (MRN: 65849667-0) DOB: 7/8/1975

Progress Notes (continued)

Doscinski, Deborah A at 4/27/2023 10:00 AM (continued)

| | |
|---|---|
| • Smokeless tobacco: | Never |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |
| **Other topics** | **Concern** |
| • Not on file | |
| **Social History Narrative** | |
| • Not on file | |

## Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Housing Stability: Not on file

## Allergies

| Allergen | Reactions |
|---|---|
| • Penicillins | Hives |

## Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • FLUoxetine (PROzac) 40 mg capsule | Take 50 mg by mouth daily. | | |
| • traZODone (Desyrel) 150 mg tablet | Take 75 mg by mouth nightly. | | |

No current facility-administered medications on file prior to visit.

**Examination:**
There were no vitals taken for this visit.
No acute distress
R Upper extremity:
Wrist: Lited range of motion (flexion, extension, radial and ulnar deviation all very limited, normal pronation/supination), focal tendemess over dorsal wrist at 3/4 interval, No dorsal or volar synovitis, DRUJ stable, no pain over scaphoid, negative Watson's, negative Finkelstein's, palpable radial and ulnar pulses
Hand: Thumb CMC joint with no subluxation, ring finer with boutonierre deformity and 40 flexion contracture and DIP stiffness, no thenar/intrinsic atrophy, FROM all digits, all fingers warm/pink/sensate to LT, no nail abnormality, no skin abnormality, no gross deformity/masses

**Diagnostic Testing:**

**XR Right Hand and Wrist; 4/27/2023**
"IMPRESSION
Boutonniere deformity of the long and ring fingers, more severe in the ring finger."

"IMPRESSION

Quarles, Robert Printed by Matthew, Michael K, MD at 5/6/2023 9:29 AM

Dartmouth-Hitchcock                                    Quarles, Robert (MRN: 65849867-0)  DOB: 7/8/1975

Progress Notes (continued)

Doscinski, Deborah A at 4/27/2023 10:00 AM (continued)

Chronic sequela of dorsal right scapholunate ligament avulsion/tear with DISI alignment of the wrist. "

**MRI Right Hand 10/12/2022**
Flexor digitorum tenosynovitis of 4th digit with Boutonniese deformity of fourth and third digits.
Edema-like signal in distal scaphoid pole, no fracture.
Mild intercarpal and first carpometacarpal joint effusion, this could represent underlying inflammatory process.

**Impression:** Robert Quarles is a 47 y.o. male patient with a Boutonniere deformity of the right ring finger secondary to central slip tear from trauma and now a fixed deformity. I explained the natural history of this condition. We discussed the possible treatment options, including surgical intervention. I explained that this would require a two-staged procedure with an external fixator placed at the initial operation. He would need to participate in extensive occupational therapy for three months between the two procedures. I do not recommend surgery at this time, as he will likely not have access to the medical care needed between the two operations in prison. However, I explained that he may be able to proceed with surgical intervention in the future if he wishes.

We reviewed the right hand and wrist x-rays in clinic today. Imaging reveals SLAC wrist that is progressive in nature, and also likley happened from trauma with an SL tear. I explained the natural history of this condition. We discussed the possible treatment options, including wrist fusion and scaphoid excision and four corner fusion. I think he is a candidate for a PRC. However, the patient will have significantly limited wrist range of motion following either of these two surgeries. Additionally, I explained that he will likely develop osteoarthritis of the wrist at a faster rate following this surgery. I do not recommend surgery for his wrist at this time. I recommend trying a right wrist brace for heavier activities and NSAIDs for pain management before proceeding with surgical intervention.

**Plan:**
1. Follow up via telephone after wearing the brace for 6 weeks.
2. A prescription for a brace from Orthocare was provided.
3. NSAIDs for pain management.

I, Taylor Morscheck, have performed the documentation for this encounter in the presence of and acting as a scribe for Michael K Matthew, MD.

---

**Medications at End of Encounter**

| | |
|---|---|
| FLUoxetine (PROzac) 40 mg capsule | Take 50 mg by mouth daily. |
| traZODone (Desyrel) 150 mg tablet | Take 75 mg by mouth nightly. |

**Medications Last Reviewed During Encounter By**

Blake, Kailey E, LNA on 4/27/2023 at 9:47 AM

**Medications Given In Office:  Today and/or Future**

None

**Immunizations Deferred or Administered on Date of Encounter - 4/27/2023**

None Given

Quarles, Robert Printed by Matthew, Michael K, MD at 5/6/2023 9:29 AM                    Page 3 of 4

5/6/2023 9:29 AM                    DHMC -> 18033424200                    Page 5 of 5

Dartmouth-Hitchcock                              Quarles, Robert (MRN: 65849867-0)  DOB: 7/8/1975
**Immunizations Deferred or Administered on Date of Encounter - 4/27/2023 (continued)**

**Allergies (Review Complete on: 04/27/23)**

| Agent | Severity | Comments |
|-------|----------|----------|
| Penicillins | | |

*This is the Initial Request to Staff Electronic Email, Asking Assistance for My Injuries. As Well As Reporting A Fall that hap on December 18, 2021.*

**12-21-2021.eml**   ↓ Download   ⟲ Save to OneDrive        ⬈   ✕

## ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B

QM    ~^!"QUARLES, ~^!ROBERT M" <91535053@inmatemessage.com>
      <91535053@inmatemessage.com>
      Bcc: BRO-InmateToSickCall (BOP)                    Tue 5/23/2023 8:36 AM

To: medical
Inmate Work Assignment: unit kitchen orderly

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can
be in the subject line.
dcc7e754-f11d-4b9d-9615-02f428b7e3cd
Your response must come from the departmental mail box.  Responses from personal mailboxes
WILL NOT be delivered to the inmate.

***Inmate Message Below***


About a week ago,i was sitting in the chair in my cell and the chair broke.which caused me to
fall back and injure my finger.I need my finger looked at.Thank you!


↩ Reply      ↞ Reply all      → Forward

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

--------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 03/19/2022 07:51:19 PM

To: to whom it may concern
Inmate Work Assignment: unit kitchen orderly

A couple of months ago I put in a sick call request to have two fingers on my right hand looked at.I was in my cell reading in my chair and the chair broke,causing my fingers to bend back and I guess break.I told the unit officer that day and was basicly ignored.A few days later I put in a sick call slip and was never called.Now a couple of months later.My ring finger is locked in place and I'm having back pains.While seeing the doctor about my left ear,I mentioned my finger and back and was told that he can only deal with one issue at a time and never called me about my finger and my back.So I please need to see about my fingers and back.Thank you!

TRULINCS 91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

---------------------------------------------------------------------------------------------

FROM: Sick Call
TO: 91535053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/23/2022 09:12:02 AM

You are being seen by Gerson now.

>>> ~^!"QUARLES, ~^!ROBERT M" <91535053@inmatemessage.com> 3/19/2022 7:51 PM >>>
To: to whom it may concern
Inmate Work Assignment: unit kitchen orderly

A couple of months ago I put in a sick call request to have two fingers on my right hand looked at.I was in my cell reading in my chair and the chair broke,causing my fingers to bend back and I guess break.I told the unit officer that day and was basicly ignored.A few days later I put in a sick call slip and was never called.Now a couple of months later.My ring finger is locked in place and I'm having back pains.While seeing the doctor about my left ear,I mentioned my finger and back and was told that he can only deal with one issue at a time and never called me about my finger and my back.So I please need to see about my fingers and back.Thank you!

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

--------------------------------------------------------------------------------------------------------

FROM: 91535053
TO: Unit J
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 03/30/2022 08:41:14 PM

To: unit team
Inmate Work Assignment: unit kitchen orderly

Please accept this email as an informal BP8. Since December 20th,2021,I have been complaining about fingers 3 and 4 on my right hand,wrist and my lower back.On December 18th,2021,I fell out the chair in my cell.To brace my fall,I used my right hand and injured fingers 3 and 4 on my right hand,wrist and my lower back. I went to the officer after it happened and was ignored.I took x-rays for my right hand and wrist,but was never even asked about my back.Since December 2 fingers on my left hand have locked up,Pain in my wrist and my lower back.Due to not getting the proper medical.Thank you!

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

---------------------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 04/07/2022 08:15:24 PM

To: NP (Gerson)/Dr.Bialor
Inmate Work Assignment: unit kitchen orderly

I totally understand that commissary carries these pain OTC medications.The problem here is we have not been to commisary since Feb 25th,2022.And when we do go I never get them for whatever reason.I am sure you know that commissary in MDC is a problem.The pain is only one issue here.There are 3 other issues that I am dealing with here.#1 Me seeing the ENT specialist about my left ear.#2 the results from my x-rays of my right hand and wrist.#3 Being seen about my lower back.After falling out the chair.These issues i have been complaining about for months.These issues are effecting my everyday activities.It's beyond the pain.All i want is proper medical attention,to address these issues.I was never even asked about my lower back.This one issue at a time policy that you have is becoming a conflict.I am trying to work with the system you have here.The last thing i want to be is a problem.Thank you!

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

---------------------------------------------------------------------------------------------

FROM: Sick Call
TO: 91535053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/14/2022 08:12:02 AM

You are awaiting scheduling by the outside specialist.

Tylenol (Acetaminophen), Aleve (Naproxen/ Naprosyn) and Motrin (Ibuprofen) are available in commissary.

From: ~^! QUARLES, ~^!ROBERT M <91535053@inmatemessage.com>
Sent: Wednesday, April 13, 2022 9:52 PM
To: BRO-InmateToSickCall (BOP) >
Subject: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B

To: To whom it may concern
Inmate Work Assignment: unit kitchen orderly

I am requesting to be seen by medical for my lower back pain and I would like to be seen for the results of my hand and wrist  x
-rays.Since Dec,20th 2021, I have been complaining about my right hand,wrist and my lower back.After chair in my cell
breaking and me injuring both my right hand, wrist and lower back.I am in constant pain everyday since then.I can not even
bend down to tie my shoes.They took x-rays of my right hand and wrist,but I still have not received the results. I told medical
staff many times about my lower back and have been ignored.I am just seeking the proper medical attention for these
Injuries.Thats all I am asking.Thank you!

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

--------------------------------------------------------------------------------------

FROM: 91535053
TO: Unit J
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 05/10/2022 02:00:50 PM

To: unit manager
Inmate Work Assignment: kitchen orderly

I have been putting in BP8's for the last couple of months to medical and am not getting any response.I want to know my next step,after being ignored.On December 18,2021,I was in my cell reading and the chair broke.Causing me to injure my right hand,wrist and lower back.I have been trying to address my injuries,and have been unsuccessful in doing so.Even the grievance process in MDC for medical complaints are useless here.Please direct me to,how i should address these issue.Thank you very much!

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

--------------------------------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 05/18/2022 08:54:29 PM

To: NP Mr. Gerson
Inmate Work Assignment: unit kitchen orderly

I need to see you about my lower back.You told me i was going to have x-rays done and they were never done.I told you that on Dec 18,2021,the chair broke in my cell and I injured my lower back,right hand and wrist.I went out to the specialist for my hand and wrist this week.But i need to be seen about my lower back as well.I can not even bend down to tie my shoes.This has been going on since Dec 18,2021.I am in constant pain everyday.Please address this issue.You saw me,we talked about it ,but nothing is being done.Thank you!

TRULINCS  91535053 - QUARLES, ROBERT - Unit: BRO-J-B

----------------------------------------------------------------------------------------------------

FROM: 91535053
TO: Unit J
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 05/29/2022 08:10:29 PM

To: Mr.Bullock
Inmate Work Assignment: unit kitchen orderly

I have written three bp8's , pertaining to lack of proper medical care.These bp8's were sent through Mr.Bennet and
Ms.Waller,So i know for a fact they were properly submited.I was told medical bp8's get sent directly to medical to be
handled.All three of my complaint have been ignored.So i am basicly still at ground zero.I am actually submiting my second bp9
today.My first one was rejected for whatever reason.The main reason for this email,is to show that i am trying every internal
solution to address getting the proper medical attention,For my right,wrist and lower back.Getting x-rays is not addressing the
problem at all.I am in constant pain everyday.My injuries are effecting my everyday activities.Thank you very much!

TRULINCS  91535053 - QUARLES, ROBERT - Unit: BRO-J-B

--------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 06/07/2022 08:15:04 AM

To: to whom it may concern
Inmate Work Assignment: kitchen orderly

Since Dec 18, 2021,I have been complaining about the pain in my right hand,wrist and lower back.Due to the chair in my cell breaking and me falling.I have had nothing done about this situation,but some x-rays and Ibuprophen that do not work for the pain.NP Gerson has told me the Ibuprophen might not work and it has not.I am writing this email,because i want my injuries addressed in the proper manner.These injuries are effecting my everyday living and nothing is being done here at MDC brooklyn.All i am asking is for proper medical attention to address my issues.I am in constant pain and limited movement everyday.Stretching and working out is not working.Thank you!

TRULINCS  91535053 - QUARLES, ROBERT - Unit: BRO-J-B

--------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 06/19/2022 03:15:59 PM

To: To whom it may concern
Inmate Work Assignment: kitchen orderly

I have been complaining about my right hand,wrist and lower back,since December 20,2021.I am in alot of pain everyday.Medical has only gave me x-rays And ibuprophen ,since then.These injuries are effecting my everyday activities.I went to outside specialist and was told by him that i needed an MRI.Which never happened.Can you please give me some kind of information on these issues.Thank you!

Robert Quarles 11533-053
Federal Medical Center
P.O. Box 1600
Butner N.C. 27509



Retail

U.S. POSTAGE PAID
PM
BUTNER, NC 27509
DEC 31, 2024

$0.00

11201

S2324K500610-06

RDC 03

\* Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

17-75
14.60
over 3.1



USMS

United States District Court
Eastern District of New York

Dec 14th, 2024

Robert Quarles                    Docket # 1:24-CV-05301-HG-SJB
        Plaintiff,

                                  Corrected First Amended Complaint
V.                                Fed. R. Civ. P 15 (A)(2)
United States of America,         Jury Trial Demanded
Warden Felipe Martinez Jr.,
Dr. Bruce Bialor-Clinical Director,
NP. Brian Gerson MS/NP-C.
        Defendants,

## First Amended Complaint/Affidavit

Comes Now, the Plaintiff Robert Quarles, And Acting pro-se Move to file this Corrected Amended Complaint, With this Honorable Court, in Accordance With the Federal Rules of Civil Procedure -15 (A)(2). These Amendments Add New parties As defendants, who full Names And titles Were Not Known prior to Original Complaint. Recently obtained (orthopedic Specialist) Medical Documents, that Were Not Available When Original Complaint Was filed. Justice Requires that Plaintiff be given An opportunity to Correct the defects in his original Complaint. Plaintiff has Just learned of the Existance of Additional facts Merit the Assertion of Additional theories of Relief. This Court has Jurisdiction over this Action pursuant to: Title 28 U.S.C. 1331, And U.S.C. 1346 (B) - 2671-2680(h).

(1)

# Parties of Interest

Plaintiff: Robert Quarles, is A Federally Incarcerated prisoner, At the Federal Medical Center in Butner, N.C. He is Suing the Named Defendants for Denial of Medical treatment, Excessive Delay in Medical treatment (Negligence) At Defined Under, 1346(b) - 2671 - 2680(H) (FTCA). Plaintiff is proceeding pro-se And Asks this Honorable Court to give this pleading A liberal Reading, in Accordance With the United States Supreme Court's holding in (Haines v. Kerner), 404 U.S. 519 (1972). Plaintiff Reg # 41535-053 F.M.C. Butner, P.O. Box 1600, Butner, N.C. 27509.

# Defendants

(1) United States of America: Sued in place of the Defendants Covered Under the Public Health Safety Act, Who Were Acting Within the Scope of their Employment As Employees Working for the F.B.O.P.

(2) Warden Felipe Martinez Jr: The Warden At MDC Brooklyn, Between December 18, 2021 — March 23rd, 2022. He is being Sued in his official Capacity for his Supervisory liability. Negligent by Denial of Medical treatment, And Excessive Delay in Medical treatment to A Serious Medical Need. His Address is MDC Brooklyn, Brooklyn N.y. 11232

(3) Doctor Bruce Bialor: The Clinical Director And institional Doctor At MDC Brooklyn, Between December 18, 2021 — March 23, 2022. He is being Sued in his official Capacity for Negligence. Denial of Medical After Reporting fall And Serious injuries, Excessive Delay in Medical treatment. His Address is MDC Brooklyn, Brooklyn N.y. 11232

(2)

(4) NURSE PRACTITIONER - BRIAN GERSON : Plaintiffs Medical provider At MDC Brooklyn, Between December 18th, 2021 — March 23, 2022. He is being Sued in his official Capacity for Negligence. Denial of Medical treatment After Reporting A fall And Serious injuries. Excessive Delay in Medical treatment. His Address is MDC Brooklyn, Brooklyn N.y. 11232.

## Statement of Claim
## Affidavit Under Penalty of Perjury

   I Robert Quarles, being Competant to Make this Affidavit And having personal Knowledge of the Matters Stated therein, declares pursuant to 28 U.S.C. 1746 the following :

Facts :

(1) ON December 18th, 2021, While A Detainee At (MDC Brooklyn) Around 10:30 PM, Unit 72. Plaintiff Was Seated in A plastic chair in his Cell Reading. When the chair broke, Causing Plaintiff to fall to the floor. Plaintiff tryed to brace his fall, by Extending his Right hand backward, Causing his finger, hand And Wrist to Hyper Extend.

(2) The Plaintiff layed on the floor of his Cell in Severe pain. Plaintiff's middle And Ring fingers on his Right hand, Were Visibly Swollen, Dislocated or broken.

(3) At the time the Emergency Button in plaintiff's Cell Was Not Working. Plaintiff had to Wait until following Morning to Seek Medical Attention.

(3)

( Statement of Claim )

(4) On December 19th, 2021, The Very Next Morning following Plaintiff falling from chair. Plaintiff's Cell Door opened for breakfast. Plaintiff Reported the incident to unit officer And injuries from incident. Plaintiff Showed officer his injured Right hand, Deformed And Swollen. He informed unit officer of the Severe pain he was in And Demanded to be Seen by Medical.

(5) The unit officer Stated "Plaintiff's injuries Were Not An Emergency Situation And he might of Just Jammed his fingers. The officer then told plaintiff to Write A Cop-out to Sick-call And Request to be Seen by Medical, because he was Not Calling Anyone.

(6) According to the Federal Bureau of Prisons (Program Statement - *6031.04 Patient Care) (Inmate injury Assessment And Follow-up) (BP-A0362). After Plaintiff Reported his fall and injuries, officer was Suppose to have Plaintiff Complete A (BP-A0362 form). For Even the Most Minor injuries, Regardless Whether they Are Related to Work, Recreation, Assault, off-duty time, or occupational illness. In each Case inmate Should be quoted directly As to how the Accident or Occupational illness occurred. All injury Reports must be Reviewed And Signed by A Physician As Soon As possible. Under Normal Circumstances, this Will occur the Next Working day. A Copy of the form Will be forwarded to the Safety Manager. None of these Must Due procedures Were followed As policy States Should be (*6031.04 Patient Care).

(7) Both December 19th And 20th 2021, Plaintiff Wrote Written Cop-out's to Sick-call (Medical), Requesting Medical Attention After Reporting An incident and injuries from that Fall. No Response to both Request, by Plaintiff.

(4)

(Statement of Claim)

(8) (MDC Brooklyn) is a Controlled Movement Federal Detention Center. Plaintiff was Not Allowed to leave unit 72, for Any Reason Without Staff or officer Escort, per policy.

(9) On December 21st, 2021, Plaintiff Sent An Electronic Email Requesting Sick-Call And Again Reporting the Fall And his injuries. (This Electronic Email is Attached). Proving Plaintiff Reported the incident And his injuries to Medical Months before he was even seen by his provider Brian Gerson MS/NP-C or Anyone from Medical. Program Statement (#6031.04 Patient Care), Clearly States Under (Urgent-Care Services), that (injuries, chest pain, Asthma Attacks), will be Available At All times, Either through on-site providers, or Community Emergency Services.

(10) Prior to March 23, 2022, Plaintiff was Seen twice by his provider Brian Gerson MS/NP-C, for unrelated issues with his left Ear. Which was Considered An Emergency At the time (Due to lost of hearing And bleeding from Ear). Both times While Seeing Brian Gerson MS/NP-C About his Ear, Plaintiff Addressed Mr. Gerson About his December 18, 2021, fall, injuries, unanswered written and Electronic Emails. Plaintiff Expressed the Daily pain And limited Range of Motion, that has Worened in plaintiffs Right fingers, Wrist and lower back. Brian Gerson MS/NP-C ignored plaintiffs issue pertaining to December 18, 2021 fall and injuries. Both Visits for Ear, Brian Gerson Stated, "plaintiff was Not here for A fall and he Could only Deal with one issue At a time. Brian Gerson MS/NP-C, Refused to plaintiffs issues Again.

(Statement of Claim)

(11) On March 19th, 2022, Plaintiff Sends Another Electronic Email Requesting Sick-Call (Medical Attention), for the Same December 18, 2021 Incident And injuries From that Fall. (This Email is Attached). After 3 Months of Complaining, begging for My provider Brian Gerson MS/NP-C, Unit Team, As Well As other Medical Staff, to Address My Medical issues. As of Now March 19, 2022, plaintiff Was still being Denied Medical For the incident on December 18th, 2021.

(12) Plaintiff's Middle finger, Ring finger And Wrist on Right Side, have Now locked in place, Along With Severe Daily pain. His Wrist has No Range of Motion. Plaintiff's back is So stiff, that he can barely bend to tie his shoes. Dealing With these injuries Are Effecting his Everyday Quality of life. Due to plaintiff Not bleeding or half Dead, his provider Brian Gerson MS/NP-C, other Medical staff, And Officers Are Not taking his injuries Serious.

(13) Federal Bureau of Prisons Program Statement (6031.04 patient Care) is Policy, MDC Brooklyn And it's Employees must follow Caring for inmates in their Custody. FBOP States in (P.S. 6031.04 patient Care) As follows:

* Purpose And Scope: of (P.S. 6031.04 patient Care)

To Effectively Deliver Medically Necessary health Care to inmates.

* Program objectives: of (P.S. 6031.04 Patient Care)
Health Care Will be Delived to inmates in Accordance With proven Standards of Care Without Compromising public Safety Concerns inherent

(6)

(Statement of Claim)

to the Agency's OVERALL MISSION.

(14) On March 23, 2022, plaintiff Sends Again Another Email to his provider Brian Gerson ms/np-c. Pretaining to his injuries from the December 18, 2021 fall, plus issue With his EAR. The unit officer informed plaintiff, that Brian Gerson ms/np-c is on the 7th Floor And Wants to See him. Plaintiff Gets Dressed And Was Escorted to See Brian Gerson ms/np-c.

(15) Plaintiffs Provider Brian Gerson Askes Plaintiff "how Was his EAR Doing"? Plaintiff States "My EAR is fine, I Need you to Look At My finger, hand, Wrist And lower back".

(16) Plaintiffs provider Brian Gerson ms/np-c, Askes plaintiff What happen? Plaintiff Respectfully informs Mr. Gerson of the prior Emails And prior interaction About this Matter. Plaintiff then showed provider Mr. Gerson, Copies of prior Emails. Plaintiff them Asked provider Gerson to pull up his Emails on his Computer, Which Mr. Gerson did. After Brian Gerson ms/np-c pulled up Plaintiff's prior Emails Reporting fall And injuries from over 3 months prior to March 23, 2022. Along With the Conditions of Plaintiff's hand, fingers And Swollen, Wrist. Brian Gerson ms-np-c, stated he overlooked this Matter And immediately Requested to have X-Rays taken the Next Day. (X-ray for hand Attached).

(17) More than 3 months After Plaintiffs fall And injuries, Plaintiff finally Sees his provider Brian Gerson ms/np-c, to Address these injuries.

(7)

(Statement of Claim)

(18) Plaintiff Wants to Remind the Court, that March 24th, 2022, X-Rays of plaintiffs hand Were taken only. Despite Me Explaining to Brian Gerson ms/NP-C All My issue Hand, fingers, Wrist And lower Back.

(19) Plaintiff Wants to Also Remind the Courts, that this X-Ray of his hand Was taken more than 3 months After Reporting his fall And injuries. It is Common Sense that After 3 months All bones, Tissues And ligaments Would be healed by this point. Only An MRI Would See the Seriousness of My injuries After 3 months.

(20) Every Federal institution has An Established Utilization Review Commitee (URC). Chaired by the Clinical Director (At that time Was Dr. Bruce Bialor (MAT), MD, CD) other Members should include, but Not limited to plaintiff's provider At the time Brian Gerson ms/NP-C.

The (URC) Will Review the following Area's:

Outside Medical, Surgical, And Dental procedures

(21) Request for Specialist Evaluations, in-house or Escorted trip to the Specialist office (All have to be Approved by the Clinical Director. According to P.S. 6031.04 (patient Care)

(22) With these Rules, policies, As Well As A (URC) Set in place to Approve And Evaluate these patients Moving forward. It becomes Standard Practice to Send MRI or Images of patient's injurie to Specialist, before or With patient, therefore the Specialist Can Evaluate patient And Make A proper Diagnosis.

(8)

(Statement of Claim)

(23) Medical Records Will Show the Court, Defendants Deviated from Accepted Medical Care, By one, Not treating Plaintiff's injuries in A timely Manner. Second by, Sending Plaintiff to hand Specialist 5 months After Reporting A fall And injuries, Without MRI or images. Specialist told plaintiff their is Nothing he Can Do to help me, Because Defendants failed to take MRI, Before Sending Plaintiff to Specialist. Specialist ordered Defendants to have AN MRI taken And Reschedule Plaintiff for A later Date.

(24) Medical Records Will show the Court, Plaintiff NEVER Received AN MRI or Returned to Specialist While in (MDC Brooklyn). Shortly After Plaintiff's Visit to Specialist, Plaintiff Was Sentenced in District Court And Quickly transfered to FCI Berlin.

(25) Dr. Bruce Bialor (MAT) MD, CD, Plaintiff's provider Brian Gerson MS/NP-C, Negligently failed to Respond to Plaintiff's urgent injuries in A timely Manner. This breach of Care Was the "proximate Cause of Plaintiff's injuries." This Excessive Delay in Adequate Medical Care Caused Plaintiff Extreme pain And Permenant Damage to his fingers, hand, Wrist, As stated in both Specialist Notes, Which ARE Attached to this Amended Complaint.

(26) Plaintiff's provider Brian Gerson MS/NP-C Negligently Misdiagnosed And treated Plaintiffs injuries. Which Allowed Plaintiffs true Condition of (Right Scapholunate Advanced Collapse in Wrist And Right Ring finger fixed boutonniere) Deformity to deteriorate And Worsen overtime. This Negligence Was Also A Major Contributing factor As the "proximate Cause of Plaintiffs injuries.

(9)

(Statement of Claim)

(27) Plaintiff Arrived At FCI Berlin June, 2022. Immediately Plaintiff Started Complaining About his pain, in his fingers, hand, Wrist And lower back. Plaintiff Was Immediately Seen by Clinical Director Patrick Golden, CD.

(28) Plaintiff Sat down With Dr. Golden, CD, And Explained in Detail Everything that he Was going through. Everything Defendants Did Negligently to Allow my injuries to Worsen, beyond Repair. Dr. Golden in FCI Berlin, got Plaintiff the MRI, Defendants failed to Do And Plaintiff Was diagnosed to having A (Right Scapholunate Advanced Collapse in Wrist And Right Ring finger fixed boutonniere Deformity) That Defendants Negligently Missed, because An MRI Was Never Taken. See Specialist Notes from (Dartmouth-Hitchcock, Dr. Micheal Matthew MD) (Attached)

(29) Plaintiff's Custody level drops to Low Security And he get Transferred in July 2023, to Cadre program in Butner N.C., Federal Medical Center. Where Plaintiff Under went 3 Surgeries. 2 Surgeries for Ring finger fixed boutonniere Deformity, Where I had to Wear An External fixor for 12 Weeks. That Surgery Did Not Work, So Specialist ordered it to be Removed. For My finger And Wrist, Plaintiff Ended up having them fused. Which is Called A Salvage procedure. Both Plaintiffs finger And Wrist Were beyond Repair, because of Defendants Negligence in Not Affording Plaintiff Standard Medical Care in A timely Manner. So My fusion to finger And Wrist is to Alleviate pain only. See Specialist Notes From (N.C. ortho, Dr. Ryan, DO (orthopAEDic Specialist) Attached.

(10)

(Statement of Claim)

(30) The initial Denial of Standard Medical treatment, Excessive Delay in treatment, And Defendants Deviation from Acceptable Standard Medical Care. Along With Defendants Clear Negligence. All played Contributing factors to "proximate Cause of plaintiffs injuries.

(31) The Plaintiff Robert Quarles, is Not An Attorney And Does Not have Superior Knowledge of the Law. That being said the plaintiff has done his best to state the facts With Evidence, to bring An Actionable Claim. Plaintiff Reserves the Right to Request that the Court Allow him to Amend this Complaint Any Way this Court might instruct him to do so. Please Provide the Plaintiff the Assistance of Counsel in the future. The Legal Structure plus obtaining Discovery Will Require the Assistance of Counsel to prevail.

The Plaintiff Swears Under Penalty of Perjury that the foregoing is True, Complete And Correct to the best of his Knowledge. The plaintiff Affirms Such by his Signature At the End of this instrument.

Respectfully Submitted,

Robert Quarles #91535-05
Robert Quarles #91535-05

(11)

5/6/2023 9:29 AM

Dartmouth-Hitchcock   FCI Berlin

Quarles, Robert (MRN: 65849867-0)  DOB: 7/8/1975

**Robert Quarles**
4/27/2023 10:00 AM  Office Visit
MRN: 65849867-0

Description: 47 year old male
Provider: Matthew, Michael K, MD
Department: DHMC PLASTIC SURG 4M

| Diagnoses | Codes | Comments |
|---|---|---|
| Right hand pain | M79.641 | |
| Pain in right wrist | M25.531 | |

## Progress Notes

Doscinski, Deborah A at 4/27/2023 10:00 AM
Status: Signed

**Plastic Surgery Hand Consultation Note**
**Provider:  Michael K. Matthew, MD**

I have been asked to see the patient by Patrick Golden, DO

CC: right ring finger flexion contracture s/p fracture

Date of Injury: December 2021

Hand Dominance: LHD

Occupation: Prisoner

Mechanism of Injury and HPI: Robert Quarles is a 47 y.o. male who sustained an injury of the right hand after he tried to brace himself after falling off of a chair in December 2021. His right ring finger had a visible deformity immediately after this injury, which was manually put back in position. He did not get a brace after this injury. The right ring finger now contracted at the PIP joint and he is unable to move it. He also has no sensation in this finger.

The patient also reports central right wrist pain that developed after this injury. The wrist gives out when he tries to do push-ups. His right wrist flexion, extension, and rotation is limited. Overall, the patient wants to be able to return to working out.

No past medical history on file.

No past surgical history on file.

### Social History

| Socioeconomic History | |
|---|---|
| • Marital status: | Unknown |
|     Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Not on file | |
| Tobacco Use | |
| • Smoking status: | Never |

Dartmouth-Hitchcock

Quarles, Robert (MRN: 65849867-0) DOB: 7/8/1975

## Progress Notes (continued)
Doscinski, Deborah A at 4/27/2023 10:00 AM (continued)

| • Smokeless tobacco: | Never |
| Substance and Sexual Activity | |
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

### Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Housing Stability: Not on file

### Allergies

| Allergen | Reactions |
| --- | --- |
| • Penicillins | Hives |

### Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
| --- | --- | --- | --- |
| • FLUoxetine (PROzac) 40 mg capsule | Take 50 mg by mouth daily. | | |
| • traZODone (Desyrel) 150 mg tablet | Take 75 mg by mouth nightly. | | |

No current facility-administered medications on file prior to visit.

**Examination:**
There were no vitals taken for this visit.
No acute distress
R Upper extremity:
Wrist: Lited range of motion (flexion, extension, radial and ulnar deviation all very limited, normal pronation/supination), focal tenderness over dorsal wrist at 3/4 interval, No dorsal or volar synovitis, DRUJ stable, no pain over scaphoid, negative Watson's, negative Finkelstein's, palpable radial and ulnar pulses
Hand: Thumb CMC joint with no subluxation, ring finer with boutonnierre deformity and 40 flexion contracture and DIP stiffness, no thenar/intrinsic atrophy, FROM all digits, all fingers warm/pink/sensate to LT, no nail abnormality, no skin abnormality, no gross deformity/masses

**Diagnostic Testing:**

**XR Right Hand and Wrist 4/27/2023**
"IMPRESSION
Boutonniere deformity of the long and ring fingers, more severe in the ring finger."

"IMPRESSION
Quarles, Robert Printed by Matthew, Michael K, MD at 5/6/2023 9:29 AM

Page 2 of 4

5/6/2023 9:29 AM                                    DHMC -> 18823924280                                    Page 4 of 5

Dartmouth-Hitchcock                                    Quarles, Robert (MRN: 65849867-0)  DOB: 7/8/1975

Progress Notes (continued)
Doscinski, Deborah A at 4/27/2023 10:00 AM (continued)
Chronic sequela of dorsal right scapholunate ligament avulsion/tear with DISI alignment of the wrist. "

MRI Right Hand 10/12/2022
Flexor digitorum tenosynovitis of 4th digit with Boutonniese deformity of fourth and third digits.
Edema-like signal in distal scaphoid pole, no fracture.
Mild intercarpal and first carpometacarpal joint effusion, this could represent underlying inflammatory process.

Impression: Robert Quarles is a 47 y.o. male patient with a Boutonniere deformity of the right ring finger
secondary to central slip tear from trauma and now a fixed deformity. I explained the natural history of this
condition. We discussed the possible treatment options, including surgical intervention. I explained that this
would require a two-staged procedure with an external fixator placed at the initial operation. He would need to
participate in extensive occupational therapy for three months between the two procedures. I do not
recommend surgery at this time, as he will likely not have access to the medical care needed between the two
operations in prison. However, I explained that he may be able to proceed with surgical intervention in the
future if he wishes.

We reviewed the right hand and wrist x-rays in clinic today. Imaging reveals SLAC wrist that is progressive in
nature, and also likley happened from trauma with an SL tear. I explained the natural history of this condition.
We discussed the possible treatment options, including wrist fusion and scaphoid excision and four corner
fusion. I think he is a candidate for a PRC. However, the patient will have significantly limited wrist range of
motion following either of these two surgeries. Additionally, I explained that he will likely develop osteoarthritis
of the wrist at a faster rate following this surgery. I do not recommend surgery for his wrist at this time. I
recommend trying a right wrist brace for heavier activities and NSAIDs for pain management before proceeding
with surgical intervention.

Plan:
1. Follow up via telephone after wearing the brace for 6 weeks.
2. A prescription for a brace from Orthocare was provided.
3. NSAIDs for pain management.

I, Taylor Morscheck, have performed the documentation for this encounter in the presence of and acting as a
scribe for Michael K Matthew, MD.

**Medications at End of Encounter**

| | |
|---|---|
| FLUoxetine (PROzac) 40 mg capsule | Take 50 mg by mouth daily. |
| traZODone (Desyrel) 150 mg tablet | Take 75 mg by mouth nightly. |

**Medications Last Reviewed During Encounter By**

Blake, Kailey E, LNA on 4/27/2023 at 9:47 AM

**Medications Given In Office:  Today and/or Future**

None

**Immunizations Deferred or Administered on Date of Encounter - 4/27/2023**

None Given

Quarles, Robert Printed by Matthew, Michael K, MD at 5/6/2023 9:29 AM                    Page 3 of 4

Dartmouth-Hitchcock                                          Quarles, Robert (MRN: 65849867-0)  DOB: 7/8/1975
**Immunizations Deferred or Administered on Date of Encounter - 4/27/2023 (continued)**

**Allergies (Review Complete on: 04/27/23)**

| Agent | Severity | Comments |
|-------|----------|----------|
| Penicillins | | |

ORTHOPAEDIC SPECIALISTS OF NC PA • 11221 Galleria Ave, RALEIGH NC 27614-8599

## QUARLES, Robert (Id #308425, dob: 07/08/1975)

91535.053
BUH - Cadre

**Encounter Date: 06/14/2024**

### Patient

| | | | |
|---|---|---|---|
| **Name** | QUARLES, ROBERT (48yo, M) ID# 308425 | **Appt. Date/Time** | 06/14/2024 10:45AM |
| **DOB** | 07/08/1975 | **Service Dept.** | OrthoNC-Raleigh |
| **Provider** | RYAN TARR, DO | | |
| **Insurance** | Med Legal: UMASS BUTNER Insurance # : 91535-053 Prescription: check now | | |

### Chief Complaint

Tarr New - Hand Pain

### Patient's Pharmacies

**HARRIS TEETER PHARMACY 09700385 (ERX): 2195 TEA PLANTER LANE, MT PLEASANT, SC 29466, Ph (843) 881-2583, Fax (843) 881-2852**

### Vitals

None recorded.

### Allergies

None recorded.

### Medications

None recorded.

### Problems

Reviewed Problems

### HPI

The patient is a pleasant 48-year-old male who presents today for evaluation of his right hand. He reports approximately 3 years ago he was in a chair when the chair collapsed resulting in him landing on his hand. He reports he noted his ring finger middle finger dislocated. He tended to sit them himself. Reports he requested to be seen by the medical team however was not seen for 3 months. By the time he was able to get in he had developed a significant contracture of the ring finger with decreased mobility of the middle finger as well. He also reports he had increased pain along the wrist. Despite conservative modalities he continued to have pain and deformities. He reports he takes daily acetaminophen. He also reports significant pain in the wrist. He has decreased mobility.

### ROS

**Additionally reports: Complete 11 system review was obtained and negative except for what is noted in the history of present illness.**

### Physical Exam

**Constitutional:** General Appearance: healthy-appearing and well-developed.

**Psychiatric:** Mental Status: active and alert and normal mood.

**Head:** Head: normocephalic and atraumatic.

**Neck:** Neck: supple and FROM.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Pulses including femoral / pedal: normal throughout.

**Skin:** Inspection and palpation: no rash or lesions and good turgor.

MSK: Examination of the right hand reveals a digit widget over the ring finger. He has an obvious boutonniere deformity. Even when the digit widget was removed the digit is not passively correctable. He has approximately 90 degree contracture with a stiff DIP joint. There is a slight boutonniere deformity of the middle finger however he does have active extension at the PIP joint. There is also swelling of the radial wrist with decreased flexion extension.

X-ray: 4 views of the right hand were obtained today. Results demonstrate evidence of radial scaphoid arthrosis consistent with an SLAC wrist. There is slight extension of the lunate consistent with a DISI deformity. There is also evidence of a digit widget in place of the ring finger with volar translation of the middle phalanx compared to the proximal phalanx. There is extension of the distal interphalangeal joint consistent with a boutonniere deformity.

ORTHOPAEDIC SPECIALISTS OF NC PA • 11221 Galleria Ave, RALEIGHNC 27614-8599

**QUARLES, Robert (id #308425, dob: 07/08/1975)**

Assessment / Plan

1. Right scapholunate advanced collapse
2. Right ring finger fixed boutonniere deformity

I had a thorough discussion with the patient. Unfortunately, he had a missed central slip injury that was not treated in a timely fashion which has now led to fixed boutoneirre deformity. He is now tried a digit widget with many revisions and has not been able to maintain any significant improvement in his motion. I discussed with him that due to the severity of his contracture I do not feel he would get significant improvements with a joint release and tenolysis. Due to the fact that the x-rays reveal the joint is concentrically reduced, I discussed with him I feel his best option for a 1 and a procedure would be to do a PIP fusion. I did stress the importance of understanding the concept of the surgery as the PIP joint will not remove again. As the patient continues to have significant issue and deformity with this will have recommended we proceed to the operating room for digit widget excision and PIP joint fusion.

We also discussed his wrist. There is evidence of scapholunate ligament tear of the radial styloid arthrosis. We discussed treatment options including living with it, corticosteroid injections, and salvage procedures. He has previously had injections with minimal to no relief. I discussed with him that I do not feel that he would be happy with a proximal row carpectomy and would be better treated with a scaphoidectomy and 4 corner fusion.

After discussing the risk and benefits of all of the procedures she like to proceed with both. We will send these to his medical department for approval. All of his questions were answered and he agrees to this treatment plan.

Treatment options were reviewed. We discussed nonoperative care and surgical intervention, as well as the risks and benefits of both. Risks of surgery include infection, stiffness, blood loss, damage to the surrounding tendons, damage to surrounding neurovascular structures, need for revision surgery and worsening symptoms. If any hardware is placed there is a chance it may need to be removed in the future.

All of the patients questions have been answered. They have agreed to undergo RIGHT ring finger proximal interphalangeal joint fusion, right ring finger hardware removal, right wrist scaphoid ectomy and partial wrist fusion.

Anesthesia: MAC with regional
Antibiotics: 2g ancef if no allergies
Hand Therapy: Splint and postop protocol
Postop: 2 weeks for suture removal

**1. Hand pain - Right -**

Additional diagnosis detail: Hand pain, right
   M79.641: Pain in right hand
 • XR, HAND, 3 OR MORE VIEW

**2. Pain of right wrist - Right -**

Additional diagnosis detail: Right wrist pain
   M25.531: Pain in right wrist

**3. Scapholunate advanced collapse -**
Additional diagnosis detail: Scapholunate advanced collapse of wrist, unspecified laterality
   M19.139: Post-traumatic osteoarthritis, unspecified wrist
 • ARTHRODESIS, WRIST (SURG) -   Note to Provider: Right ring finger proximal interphalangeal joint fusion,
   right ring finger hardware removal, right wrist scaphoid-ectomy, partial wrist fusion and posterior
   interosseous neurtectomy

| | |
|---|---|
| Duration of Surgery (hours): 2.5 | Anatomical Site: wrist and ring finger |
| Anesthesia: MAC | Type of Second Anesthesia: Regional |
| Medical Clearance: **** | Guidance: XR |
| Special Instruments / Equipment: Big C-Arm, Arthrex Staples, headless compression screws, K-wires | Antibiotic: 2g ancef if no allergies |
| Post-op Therapy / Treatment: OT | |
| Procedure code: 25825, 25210, 64772, 20670, 26860 | |

**4. Arthritis of wrist**
   M13.839: Other specified arthritis, unspecified wrist

XR, HAND, 3 OR MORE VIEW
• Result:

athena ORTHOPAEDIC SPECIALISTS OF NC PA • 11221 Galleria Ave, RALEIGH NC 27614-8599

## QUARLES, Robert (id #308425, dob: 07/08/1975)

- Result::

Return to Office
Patient will return to the office as needed.

Encounter Sign-Off
Encounter signed-off by RYAN TARR, DO, 06/26/2024.

Encounter performed and documented by RYAN TARR, DO
Encounter reviewed & signed by RYAN TARR, DO on 06/26/2024 at 4:44pm

## Imaging Results

## XR, HAND, 3 OR MORE VIEW (#8125696, 06/14/2024 1:03pm)

| Report | Result | Ref. Range | Units | A | Status | Facility |
|--------|--------|-----------|-------|---|--------|----------|
| Result: | | | | | | |

Case 1:24-cv-05301-HG-RML   Document 12   Filed 01/13/25   Page 59 of 117 PageID #: 103

Granville Health System
1010 College St.
Oxford, NC 27565
919-690-3238

Patient Name: QUARLES,ROBERT
Unit Number: M000213602
Account number: F00016632218
DOB: 07/08/75
Admit Date:
Discharge Date: 08/27/24

Operation Report
Report#: 0828-0082

91535-053   BUH- Cadre

DATE OF OPERATION: 08/27/2024.

SURGEON: Ryan Tarr, DO.

PREOPERATIVE DIAGNOSES:
1. Right scapholunate ligament collapse.
2. Right ring finger boutonniere deformity.

POSTOPERATIVE DIAGNOSES:
1. Right scapholunate ligament collapse.
2. Right ring finger boutonniere deformity.

PROCEDURES:
1. Right wrist scaphoidectomy with 4-corner fusion.
2. Right wrist posterior interosseous nerve neurectomy.
3. Right ring finger proximal interphalangeal joint fusion.

ASSISTANT: Hannah Denson, PA-C

ANESTHESIA: General with local block.

BLOOD LOSS: Minimal.

IMPLANTS: Arthrex 2.5 x 22 mm headless compression screw, as well as a size 13 x 10 and a size 15 x 15 Nitinol staples.

SPECIMEN: None.

COMPLICATIONS: None.

INDICATION FOR PROCEDURE: The patient is a pleasant 49-year-old man who presented to my office for evaluation of right hand and finger pain after sustaining an injury at the local prison. He was found to have findings consistent with a right SLAC wrist with arthritis in the radial styloid and scaphoid, as well as significant bony deformities of the ring finger. He had tried conservative modalities at the prison, including a digit widget, as well as surgical options, including a digit widget; however, continued to have significant deformity that was not passively or actively correctable. He did

Copies To: TARR, RYAN   DO~

MED
D: 08/28/24 1450
T: 08/28/24 1537

Page: 1

Signed

Patient Name: QUARLES,ROBERT
Patient Account Number: F00016632218                          Operation Report

_____

elect to proceed to the operating room for a right wrist scapholdectomy and
4-corner fusion, a right ring finger proximal interphalangeal fusion, and
posterior interosseous nerve neurectomy. Treatment options were discussed in
detail with the patient, who elected to proceed.

PROCEDURE IN DETAIL: The patient was identified in the preoperative holding
area. Surgical procedure was reviewed with the patient and the surgical
consent was signed. Next, the patient was then rolled back to the operative
suite and general anesthesia was administered. I then performed a radial and a
median nerve block with 20 cc of 1% lidocaine with epinephrine as well as 10 cc
of 0.5% Marcaine. A tourniquet was then placed on the right upper extremity.
The hand was then prepped and draped in sterile orthopedic fashion. Time-out
was performed, identifying the correct patient, procedure, and extremity.
Esmarch was used to exsanguinate the limb and the tourniquet was inflated to
225 mmHg.

Starting at the wrist, a longitudinal incision was made just ulnar to Lister
tubercle. Careful dissection was performed through the skin and subcutaneous
tissue down to the layer of the extensor retinaculum. Full-thickness flaps
were elevated both radially and ulnarly, taking care to protect the sensory
nerves. Once both flaps were completely elevated and the extensor tendons were
visualized, the EPL was transposed from the third dorsal compartment radially.
Next, the retinaculum over the carpus was excised, revealing the extensor
tendons. The second and fourth compartments were then sharply elevated off the
distal aspect of the radius. An inverted-T capsulotomy was performed and the
capsule was elevated off the distal radius. It was noted that there was a
full-thickness tear to the scapholunate ligament. The scaphoid was then
carefully dissected from the surrounding tissue and was excised en bloc with
the McGlamry elevator. At this point, the lunate facet and lunate articular
surface was evaluated and found to be pristine. Due to this, we elected to
proceed with a 4-corner fusion.

Utilizing a combination of both a rongeur and curettes, the articular surface
between the lunate and the capitate as well as the triquetrum and the hamate
were both completely debrided down to bleeding cancellous bone. A 0.045-inch
K-wire was also used to provide multiple bony tunnels within the bone to allow
for bleeding. Next, an osteotome was used to make a small cortical window in
the dorsal aspect of the wrist. A distal radius autograft was obtained and
packed within the fusion sites. K-wires were then placed across the fusion
site, maintaining alignment. Once we were happy with the position, a 15 x 15
mm Nitinol Arthrex staple was passed from the lunate into the capitate,
obtaining great compression, and then a second 13 x 10 mm staple was passed
from the triquetrum into the hamate. Final films demonstrated a well-aligned

Copies To: TARR,RYAN  DO~

MED
D: 08/28/24 1450
T: 08/28/24 1537

Signed

Patient Name: QUARLES,ROBERT
Patient Account Number: F00016632218

Operation Report

_____

4-corner fusion with good correction of the lunate extension.

Next, attention was then carried to the proximal interphalangeal joint. A longitudinal incision was made directly over the dorsal aspect of the joint. Dissection was carried down to the extensor tendon and full-thickness flaps were elevated both radially and ulnarly. A longitudinal tenotomy was also performed, revealing the joint. It was noted that the central slip was disrupted and the joint was volarly subluxated. The collateral ligaments were released as well as the volar plate, and I attempted to reduce the joint. It was noted that there was significant stiffness at the joint, despite there being no soft tissue connections. This was felt to possibly represent a skin contracture as the digit had been flexed for quite some time. Due to this, we elected to shorten the ring finger to allow for adequate angulation of the fusion site. A sagittal saw was used to remove approximately 4 mm of proximal phalanx head and neck. Once I was able to adequately reduce the proximal interphalangeal joint, this was then positioned in approximately 45 degrees of flexion. The K-wire was then passed across the joint to confirm adequate reduction. This was measured and overdrilled, and a 2.5 x 22 mm headless compression screw was passed. Great fixation was noted with a well-aligned digit. The fourth dorsal compartment was then evaluated. At the floor of the fourth dorsal compartment the proximal interphalangeal midpoint interosseous nerve was identified. Approximately 3 cm of a PIN was excised to help with postoperative pain control.

At this point, all of the incisions were then thoroughly irrigated with normal saline. The tourniquet was deflated and hemostasis was obtained with bipolar electrocautery. The capsule was repaired with a 4-0 Vicryl suture, as well as the second and fourth dorsal compartments were reapproximated to one another. A 4-0 Vicryl suture was also used to repair the extensor tendon of the ring finger. Next, the skin was then closed in a layered fashion using 4-0 Monocryl and 4-0 nylon sutures. A bulky dressing with a volar splint and ulnar gutter splint were applied. The patient was then awakened by Anesthesia and returned to the PACU in stable condition.

Hannah Denson, PA-C, was utilized in the absence of a qualified resident. She assisted with exposure, implant placement, and closure. I was present for all portions of this case.

_____

RYAN TARR, DO

Copies To: TARR,RYAN   DO~

MED
D: 08/28/24 1450
T: 08/28/24 1537

Page: 3

Signed

Patient Name: QUARLES,ROBERT
Patient Account Number: F00016632216                    Operation Report

------------------------------------------------------------------------------

TARRY: MEDQ
D: 08/28/2024 14:50
T: 08/28/2024 15:37
Job #: 483342/1038886831

                    OPERATIVE REPORT


<Electronically signed by RYAN TARR, DO> 08/31/24 2104















Copies To: TARR,RYAN   DO~

MED
D: 08/28/24 1450
T: 08/28/24 1537

                                                                    Page: 4

                              Signed

Granville Health System
1010 College Street
Oxford NC 27565
Phone: 919-690-3420 Fax: 919-690-0114

Name: QUARLES,ROBERT
Phys: TARR,RYAN  DO
DOB: 07/08/75  Age: 49  Sex: M
Acct: F00016632218  Loc: SDC
Exam Date: 08/27/24  Status: PRE SDC
Unit No: M000213602
Report # 0827-0050

## Radiology Report

XR WRIST LT, XR FINGERS LT MIN 2 VIEW, XR C-ARM
8/27/2024 10:33 EDT

Clinical Indication: LT WRIST PAIN, OA, CAPHOLUNATE LIGAMENT TEAR

Referring Provider: RYAN TARR, DO

ORDER #: 0827-0016 XRAY/XR C-ARM
Findings and Impression: Fluoroscopy was provided to Dr. Tarr for right fourth finger fusion and right wrist
fusion. Orthopedic screw is noted in the right fourth finger. There is scapholectomy and 4 corner fusion in the
right wrist. Cumulative fluoroscopy time is 1:28. 7 C-arm spot intraoperative radiographs were obtained.
Report Electronically Signed By: 8/27/2024 11:29 EDT Reported By: Elmer MD.ECS San Pedro MD POS:RAD108
<Electronically signed by ELMER C. SAN PEDRO, MD in OV>
08/27/24 1131

Copies to: FEDERAL CORRECTIONS (FCI); TARR,RYAN  DO~

Technologist JOHN E. NEWELL, JR.

ECS
D: 08/27/24 1127
T: 08/27/24 1127

Page 1

Signed

Granville Health System
1010 College Street
Oxford NC 27565
Phone: 919-690-3420 Fax: 919-690-0114

Name: QUARLES,ROBERT
Phys: TARR,RYAN  DO
DOB: 07/08/75  Age: 49  Sex: M
Acct: F00016632218  Loc: SDC
Exam Date: 08/27/24  Status: PRE SDC
Unit No: M000213602
Report # 0827-0051

## Radiology Report

XR WRIST LT, XR FINGERS LT MIN 2 VIEW, XR C-ARM
8/27/2024 10:33 EDT

Clinical Indication:  LT WRIST PAIN, OA, CAPHOLUNATE LIGAMENT TEAR

Referring Provider:  RYAN TARR, DO

ORDER #: 0827-0015 XRAY/XR FINGERS LT MIN 2 VIEW
Findings and Impression: Fluoroscopy was provided to Dr. Tarr for right fourth finger fusion and right wrist
fusion. Orthopedic screw is noted in the right fourth finger. There is scaphoidectomy and 4 corner fusion in the
right wrist. Cumulative fluoroscopy time is 1:28. 7 C-arm spot intraoperative radiographs were obtained.
Report Electronically Signed By:  8/27/2024 11:29 EDT Reported By: Elmer MD.ECS San Pedro MD POS:RAD108
<Electronically signed by ELMER C. SAN PEDRO, MD in OV>
08/27/24 1131

Copies to: FEDERAL CORRECTIONS (FCI); TARR,RYAN  DO~

Technologist: JOHN E. NEWELL, JR.

ECS
D: 08/27/24 1127
T: 08/27/24 1127

Page 1

Signed

Case 4:24-cv-05301-HG-RML

Granville Health System
1010 College Street
Oxford NC 27565
Phone: 919-690-3420 Fax: 919-690-0114

Name: QUARLES,ROBERT
Phys: TARR,RYAN  DO
DOB: 07/08/75  Age: 49  Sex: M
Acct: F00016832218  Loc: SDC
Exam Date: 08/27/24  Status: PRE SDC
Unit No: M000213602
Report # 0827-0052

## Radiology Report

XR WRIST LT, XR FINGERS LT MIN 2 VIEW, XR C-ARM
8/27/2024 10:33 EDT

Clinical Indication:  LT WRIST PAIN, OA, CAPHOLUNATE LIGAMENT TEAR

Referring Provider:  RYAN TARR, DO

ORDER #: 0827-0014 XRAY/XR WRIST LT
Findings and Impression: Fluoroscopy was provided to Dr. Tarr for right fourth finger fusion and right wrist
fusion. Orthopedic screw is noted in the right fourth finger. There is scapholdectomy and 4 corner fusion in the
right wrist. Cumulative fluoroscopy time is 1:28. 7 C-arm spot intraoperative radiographs were obtained.
Report Electronically Signed By:  8/27/2024 11:29 EDT Reported By: Elmer MD.ECS San Pedro MD POS:RAD108
<Electronically signed by ELMER C. SAN PEDRO, MD in OV>
08/27/24 1131

Copies to: FEDERAL CORRECTIONS (FCI); TARR,RYAN  DO~

Technologist: JOHN E. NEWELL, JR.

ECS
D: 08/27/24 1127
T: 08/27/24 1127

Page 1

Signed



## MDC Brooklyn BRO

| | | | |
|---|---|---|---|
| Patient: | **QUARLES, ROBERT (Male)** | DOB: | 07/08/75 |
| Register#: | **91535-053** | Age: | 46 |
| Date: | 05/19/22 11:27 | Status: | OP |
| Slicecount: | 2 | | |
| History: | Back pain s/p fall | | |
| Priors: | | | |
| Exams: | FILM L SPINE | | |
| Referring Phy: | GERSON | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: 1.2.840.113619.2.305.4.2147483647.1652971324.528132 | | | |

**Final Report**

**Exam: FILM L SPINE**

**HISTORY:** Back pain status post fall

**TECHNIQUE:** 2 views obtained

**COMPARISON:** No prior imaging available

**FINDINGS:** There is no scoliosis. Vertebral bodies demonstrate normal height. The bone mineralization is normal. There is no malalignment. Normal lumbar lordosis. Severe L5-S1 disc space narrowing. Minimal L5-S1 facet arthropathy.

**IMPRESSION:**
No radiographic evidence for acute compression fracture or malalignment.

Severe disc space narrowing and minimal facet arthropathy at L5-S1.

Radiologist:                    Maurice Yu, MD

Study ready at 11:28 and initial results transmitted at 15:06

This is THE Initial Request to STAFF Electronic Email, Asking Assistance for My Injuries. As Well As Reporting A Fall that happened ON December 18, 2021.

**12-21-2021.eml**    ⤓ Download    ◇ Save to OneDrive                    ⬏  ✕

# ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B

QM    ~^!"QUARLES, ~^!ROBERT M" <91535053@inmatemessage.com>
<91535053@inmatemessage.com>
Bcc: BRO-InmateToSickCall (BOP)                        Tue 5/23/2023 8:36 AM

To: medical
Inmate Work Assignment: unit kitchen orderly

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can
be in the subject line.
dcc7e754-f11d-4b9d-9615-02f428b7e3cd
Your response must come from the departmental mail box. Responses from personal mailboxes
WILL NOT be delivered to the inmate.

***Inmate Message Below***


About a week ago,i was sitting in the chair in my cell and the chair broke.which caused me to
fall back and injure my finger.I need my finger looked at.Thank you!


↩ Reply      ↞ Reply all      → Forward

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

--------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 03/19/2022 07:51:19 PM

To: to whom it may concern
Inmate Work Assignment: unit kitchen orderly

A couple of months ago I put in a sick call request to have two fingers on my right hand looked at.I was in my cell reading in my chair and the chair broke,causing my fingers to bend back and I guess break.I told the unit officer that day and was basicly ignored.A few days later I put in a sick call slip and was never called.Now a couple of months later.My ring finger is locked in place and I'm having back pains.While seeing the doctor about my left ear,I mentioned my finger and back and was told that he can only deal with one issue at a time and never called me about my finger and my back.So I please need to see about my fingers and back.Thank you!

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

------------------------------------------------------------------------------------------------

FROM: Sick Call
TO: 91535053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/23/2022 09:12:02 AM

You are being seen by Gerson now.

>>> ~^!"QUARLES, ~^!ROBERT M" <91535053@inmatemessage.com> 3/19/2022 7:51 PM >>>
To: to whom it may concern
Inmate Work Assignment: unit kitchen orderly

A couple of months ago I put in a sick call request to have two fingers on my right hand looked at.I was in my cell reading in my
chair and the chair broke,causing my fingers to bend back and I guess break.I told the unit officer that day and was basicly
ignored.A few days later I put in a sick call slip and was never called.Now a couple of months later.My ring finger is locked in
place and I'm having back pains.While seeing the doctor about my left ear,I mentioned my finger and back and was told that he
can only deal with one issue at a time and never called me about my finger and my back.So I please need to see about my
fingers and back.Thank you!

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

--------------------------------------------------------------------------------

FROM: 91535053
TO: Unit J
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 03/30/2022 08:41:14 PM

To: unit team
Inmate Work Assignment: unit kitchen orderly

Please accept this email as an informal BP8. Since December 20th,2021,I have been complaining about fingers 3 and 4 on my right hand,wrist and my lower back.On December 18th,2021,I fell out the chair in my cell.To brace my fall,I used my right hand and injured fingers 3 and 4 on my right hand,wrist and my lower back. I went to the officer after it happened and was ignored.I took x-rays for my right hand and wrist,but was never even asked about my back.Since December 2 fingers on my left hand have locked up,Pain in my wrist and my lower back.Due to not getting the proper medical.Thank you!

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

----------------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 04/07/2022 08:15:24 PM

To: NP (Gerson)/Dr.Bialor
Inmate Work Assignment: unit kitchen orderly

I totally understand that commissary carries these pain OTC medications.The problem here is we have not been to commisary since Feb 25th,2022.And when we do go I never get them for whatever reason.I am sure you know that commissary in MDC is a problem.The pain is only one issue here.There are 3 other issues that I am dealing with here.#1 Me seeing the ENT specialist about my left ear.#2 the results from my x-rays of my right hand and wrist.#3 Being seen about my lower back.After falling out the chair.These issues i have been complaining about for months.These issues are effecting my everyday activities.It's beyond the pain.All i want is proper medical attention,to address these issues.I was never even asked about my lower back.This one issue at a time policy that you have is becoming a conflict.I am trying to work with the system you have here.The last thing i want to be is a problem.Thank you!

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

----------------------------------------------------------------------------------------------

FROM: Sick Call
TO: 91535053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/14/2022 08:12:02 AM

You are awaiting scheduling by the outside specialist.

Tylenol (Acetaminophen), Aleve (Naproxen/ Naprosyn) and Motrin (Ibuprofen) are available in commissary.

From: ~^! QUARLES, ~^!ROBERT M <91535053@inmatemessage.com>
Sent: Wednesday, April 13, 2022 9:52 PM
To: BRO-InmateToSickCall (BOP) >
Subject: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B

To: To whom it may concern
Inmate Work Assignment: unit kitchen orderly

I am requesting to be seen by medical for my lower back pain and I would like to be seen for the results of my hand and wrist x
-rays.Since Dec,20th 2021, I have been complaining about my right hand,wrist and my lower back.After chair in my cell
breaking and me injuring both my right hand, wrist and lower back.I am in constant pain everyday since then.I can not even
bend down to tie my shoes.They took x-rays of my right hand and wrist,but I still have not received the results. I told medical
staff many times about my lower back and have been ignored.I am just seeking the proper medical attention for these
Injuries.Thats all I am asking.Thank you!

TRULINCS 91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

---------------------------------------------------------------------------------------------

FROM: 91535053
TO: Unit J
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 05/10/2022 02:00:50 PM

To: unit manager
Inmate Work Assignment: kitchen orderly

I have been putting in BP8's for the last couple of months to medical and am not getting any response.I want to know my next step,after being ignored.On December 18,2021,I was in my cell reading and the chair broke.Causing me to injure my right hand,wrist and lower back.I have been trying to address my injuries,and have been unsuccessful in doing so.Even the grievance process in MDC for medical complaints are useless here.Please direct me to,how i should address these issue.Thank you very much!

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

------------------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 05/18/2022 08:54:29 PM

To: NP Mr. Gerson
Inmate Work Assignment: unit kitchen orderly

I need to see you about my lower back.You told me i was going to have x-rays done and they were never done.I told you that on Dec 18,2021,the chair broke in my cell and I injured my lower back,right hand and wrist.I went out to the specialist for my hand and wrist this week.But i need to be seen about my lower back as well.I can not even bend down to tie my shoes.This has been going on since Dec 18,2021.I am in constant pain everyday.Please address this issue.You saw me,we talked about it ,but nothing is being done.Thank you!

TRULINCS  91535053 - QUARLES, ROBERT - Unit: BRO-J-B

---------------------------------------------------------------------------------------

FROM: 91535053
TO: Unit J
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 05/29/2022 08:10:29 PM

To: Mr.Bullock
Inmate Work Assignment: unit kitchen orderly

I have written three bp8's , pertaining to lack of proper medical care.These bp8's were sent through Mr.Bennet and
Ms.Waller,So i know for a fact they were properly submited.I was told medical bp8's get sent directly to medical to be
handled.All three of my complaint have been ignored.So i am basicly still at ground zero.I am actually submiting my second bp9
today.My first one was rejected for whatever reason.The main reason for this email,is to show that i am trying every internal
solution to address getting the proper medical attention,For my right,wrist and lower back.Getting x-rays is not addressing the
problem at all.I am in constant pain everyday.My injuries are effecting my everyday activities.Thank you very much!

TRULINCS  91535053 - QUARLES, ROBERT - Unit: BRO-J-B

---------------------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 06/07/2022 08:15:04 AM

To: to whom it may concern
Inmate Work Assignment: kitchen orderly

Since Dec 18, 2021,I have been complaining about the pain in my right hand,wrist and lower back.Due to the chair in my cell breaking and me falling.I have had nothing done about this situation,but some x-rays and Ibuprophen that do not work for the pain.NP Gerson has told me the Ibuprophen might not work and it has not.I am writing this email,because i want my injuries addressed in the proper manner.These injuries are effecting my everyday living and nothing is being done here at MDC brooklyn.All i am asking is for proper medical attention to address my issues.I am in constant pain and limited movement everyday.Stretching and working out is not working.Thank you!

TRULINCS  91535053 - QUARLES, ROBERT - Unit: BRO-J-B

---------------------------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 06/19/2022 03:15:59 PM

To: To whom it may concern
Inmate Work Assignment: kitchen orderly

I have been complaining about my right hand,wrist and lower back,since December 20,2021.I am in alot of pain
everyday.Medical has only gave me x-rays And ibuprophen ,since then.These injuries are effecting my everyday activities.I went
to outside specialist and was told by him that i needed an MRI.Which never happened.Can you please give me some kind of
information on these issues.Thank you!

United States District Court
Eastern District of New York

Dec 14th, 2024

Robert Quarles
    Plaintiff,

Docket # 1:24-CV-05301-HG-SJB

V.

Corrected First Amended Complaint
Fed. R. Civ. P 15(N)(2)
Jury Trial Demanded

United States of America,
Warden Felipe Martinez Jr.,
Dr. Bruce Bialor - Clinical Director,
NP. Brian Gerson MS/NP-C.
    Defendants,

---

## First Amended Complaint / Affidavit

Comes Now, the Plaintiff Robert Quarles, And Acting pro-se Move to file this Corrected Amended Complaint, With this Honorable Court, in Accordance With the Federal Rules of Civil Procedure -15(N)(2). These Amendments Add New parties As defendants, who full Names And titles Were Not Known prior to Original Complaint. Recently obtained (orthopedic Specialist) Medical Documents, that Were Not Available When Original Complaint Was filed. Justice Requires that Plaintiff, be given An opportunity to Correct the defects in his Original Complaint. Plaintiff has Just learned of the Existance of Additional facts Merit the Assertion of Additional theories of Relief. This Court has Jurisdiction over this Action pursuant to: Title 28 U.S.C. 1331, And U.S.C. 1346(B) - 2671 - 2680(h).

(1)

## Parties of Interest

Plaintiff: Robert Quarles, is a Federally Incarcerated prisoner, at the Federal Medical Center in Butner, N.C. He is Suing the Named Defendants for, Denial of Medical treatment, Excessive Delay in Medical treatment (Negligence) as Defined Under, 1346(b) - 2671 - 2680(H), (FTCA). Plaintiff is proceeding pro-se And Asks this Honorable Court to give this pleading A liberal Reading, in Accordance With the United States Supreme Court's holding in (Haines V. Kerner), 404 U.S. 519 (1972). Plaintiff Reg # 91535-053 F.M.C. Butner, P.O. Box 1600, Butner, N.C. 27509.

## Defendants

(1) United States of America: Sued in place of the Defendants Covered Under the Public Health Safety Act, Who Were Acting Within the Scope of their Employment As Employees Working for the F.B.O.P.

(2) Warden Felipe Martinez Jr: The Warden At MDC Brooklyn, Between December 18, 2021 — March 23rd, 2022. He is being Sued in his official Capacity for his Supervisory liability. Negligent by Denial of Medical treatment, And Excessive Delay in Medical treatment to A Serious Medical Need. His Address is MDC Brooklyn, Brooklyn N.Y. 11232

(3) Doctor Bruce Bialor: The Clinical Director And institunional Doctor At MDC Brooklyn, Between December 18, 2021 — March 23, 2022. He is being Sued in his official Capacity for Negligence. Denial of Medical After Reporting fall And Serious injuries, Excessive Delay in Medical treatment. His Address is MDC Brooklyn, Brooklyn N.y. 11232

(2)

(4) NURSE PRACTITIONER - BRIAN GERSON : Plaintiffs Medical provider At MDC Brooklyn, Between December 18th, 2021 — March 23, 2022. He is being Sued in his official Capacity for Negligence. Denial of Medical treatment After Reporting A fall And Serious injuries. Excessive Delay in Medical treatment. His Address is MDC Brooklyn, Brooklyn N.Y. 11232.

## Statement of Claim
## Affidavit Under Penalty of Perjury

I Robert Quarles, being Competant to Make this Affidavit And having personal Knowledge of the Matters Stated therein, declares pursuant to 28 U.S.C. 1746 the following:

Facts:

(1) on December 18th, 2021, While A Detainee At (MDC Brooklyn) Around 10:30 PM, Unit 72. Plaintiff Was Seated in A plastic chair in his Cell Reading. When the chair broke, Causing Plaintiff to fall to the floor. Plaintiff tryed to brace his fall, by Extending his Right hand backward, Causing his finger, hand And Wrist to HyperExtend.

(2) The Plaintiff layed on the floor of his Cell in Severe pain. Plaintiff's middle And Ring fingers on his Right hand, Were Visibly Swollen, Dislocated or broken.

(3) At the time the Emergency Button in plaintiff's Cell Was Not Working. Plaintiff had to Wait until following Morning to Seek Medical Attention.

(3)

( Statement of Claim )

(4) On December 19th, 2021, The Very Next Morning following Plaintiff falling from chair. Plaintiff's cell Door opened for breakfast. Plaintiff Reported the incident to unit officer And injuries from incident. Plaintiff Showed officer his injured Right hand, Deformed And Swollen. He informed unit officer of the Severe pain he Was in And Demanded to be Seen by Medical.

(5) The Unit officer Stated "Plaintiff's injuries Were Not An Emergency Situation And he might of Just Jammed his fingers. The officer then told plaintiff to Write A Cop-out to Sick-call And Request to be Seen by Medical, because he Was Not Calling Anyone.

(6) According to the Federal Bureau of Prisons (Program statement - *6031.04 Patient Care) (Inmate injury Assessment And Follow-up) (BP-A0362). After Plaintiff Reported his fall And injuries, officer Was Suppose to have Plaintiff Complete A (BP-A0362 form). For Even the Most Minor injuries, Regardless Whether they Are Related to Work, Recreation, Assault, off-duty time, or occupational illness. In each Case inmate Should be quoted directly As to how the Accident or Occupational illness Occurred. All injury Reports must be Reviewed And Signed by A Physician As Soon As possible. Under Normal Circumstances, this Will occur the Next Working day. A Copy of the form Will be forwarded to the Safety Manager. None of these Must Due procedures Were followed As policy States Should be (*6031.04 Patient Care).

(7) Both December 19th And 20th 2021, Plaintiff Wrote Written Cop-out's to Sick-Call (Medical), Requesting Medical Attention After Reporting An incident And injuries from that Fall. No Response to both Request, by Plaintiff.

(4)

(Statement of Claim)

(8) (MDC Brooklyn) is a Controlled Movement Federal Detention Center. Plaintiff Was Not Allowed to leave Unit 72, for Any Reason Without Staff or officer Escort, per policy.

(9) On December 21st, 2021, Plaintiff Sent An Electronic Email Requesting Sick-Call And Again Reporting the Fall And his injuries. (This Electronic Email is Attached). Proving Plaintiff Reported, the incident And his injuries to Medical Months before he Was Even Seen by his provider Brian Gerson MS/NP-C or Anyone from Medical. Program Statement (#6031.04 patient Care), Clearly States Under (Urgent - Care Services), that (injuries, Chest pain, Asthma Attacks), Will be Available At All times, Either through on-site providers, or Community Emergency Services.

(10) Prior to March 23, 2022, Plaintiff Was Seen twice by his provider Brian Gerson MS/NP-C, for unrelated issues With his left Ear. Which Was Considered An Emergency At the time (Due to lost of hearing And bleeding from EAR). Both times While Seeing Brian Berson MS/NP-C About his Ear, Plaintiff Addressed Mr. Gerson About his December 18, 2021, fall, injuries, Unanswered Written And Electronic Emails. Plaintiff Expressed the Daily pain And limited Range of Motion, that has Worened in plaintiffs Right fingers, Wrist and lower back. Brian Gerson MS/NP-C ignored plaintiffs issue pertaining to December 18, 2021 fall and injuries. Both Visits for Ear, Brian Gerson Stated, "plaintiff Was Not here for A fall and he Could only Deal With one issue At A time. Brian Gerson MS/NP-C, Refused to plaintiffs issues Again.

(5)

(Statement of Claim)

(11) On March 19th, 2022, Plaintiff Sends Another Electronic Email Requesting Sick-call (Medical Attention), for the Same December 18, 2021 Incident And injuries From that Fall. (This Email is Attached). After 3 Months of Complaining, begging for My provider Brian Gerson MS/NP-C, Unit Team, As Well As other Medical Staff, to Address My Medical issues. As of Now March 19, 2022, plaintiff Was still being Denied Medical For the incident on December 18th, 2021.

(12) Plaintiff's Middle finger, Ring finger And Wrist on Right Side, have Now locked in place, Along With Severe Daily pain. His Wrist has No Range of Motion. Plaintiff's back is So stiff, that he can barely bend to tie his shoes. Dealing With these injuries Are Effecting his Everyday Quality of life. Due to plaintiff Not bleeding or half Dead, his provider Brian Gerson MS/NP-C, other Medical staff, And Officers Are Not taking his injuries Serious.

(13) Federal Bureau of Prisons Program Statement (6031.04 patient Care) is Policy, MDC Brooklyn And it's Employees must follow Caring for inmates in their Custody. FBOP States in (P.S. 6031.04 patient Care) As follows:

* Purpose And Scope: of (P.S. 6031.04 patient Care)

To Effectively Deliver Medically Necessary health Care to inmates.

* Program objectives: of (P.S. 6031.04 patient Care)
Health Care Will be Delived to inmates in Accordance With proven Standards of Care Without Compromising public Safety Concerns inherent

(6)

(Statement of Claim)

to the Agency's OVERAll Mission.

(14) ON MARCH 23, 2022, plaintiff Sends Again Another Email to his provider BRIAN GERSON MS/NP-C. Pretaining to his injuries from the December 18, 2021 fall, plus issue With his EAR. The UNIT officer informed plaintiff, that BRIAN GERSON MS/NP-C is ON the 7th Floor And WANts to See him. Plaintiff Gets Dressed And Was Escorted to See BRIAN GERSON MS/NP-C.

(15) Plaintiff's PROVider BRIAN GERSON ASKES Plaintiff "how Was his EAR Doing"? Plaintiff States "My EAR is fine, I Need you to Look At My finger, hand, Wrist And lower back".

(16) Plaintiff's provider BRIAN GERSON MS/NP-C, ASKES plaintiff What happen? Plaintiff Respectfully informs Mr. GERSON of the prior Emails And prior interaction About this Matter. Plaintiff then showed provider Mr. GERSON, Copies of prior Emails. Plaintiff them Asked provider GERSON to pull up his Emails ON his Computer, Which Mr. GERSON did. After BRIAN GERSON MS/NP-C pulled up Plaintiff's prior Emails Reporting fall And injuries from over 3 months prior to MARCH 23, 2022. Along With the Conditions of Plaintiff's hand, fingers And Swollen, Wrist. BRIAN GERSON MS-NP-C, stated he overlooked this Matter And immediately Requested to have X-RAys tAKEN the Next DAy. (X-ray for hAND AttAched).

(17) More than 3 months After Plaintiff's fall And injuries, Plaintiff finally Sees his provider BRIAN GERSON MS/NP-C, to Address these injuries.

(7)

(Statement of Claim)

(18) Plaintiff Wants to Remind the Court, that March 24th, 2022, X-Rays of plaintiffs hand Were taken only. Despite Me Explaining to Brian Gerson MS/NP-C All My issue Hand, fingers, Wrist And lower Back.

(19) Plaintiff Wants to Also Remind the Courts, that this X-Ray of his hand Was taken more than 3 months After Reporting his fall And injuries. It is Common Sense that After 3 months All bones, Tissues And ligaments Would be healed by this point. Only An MRI Would See the Seriousness of My injuries After 3 months.

(20) Every Federal institution has An Established Utilization Review Commitee (URC). Chaired by the Clinical Director (At that time Was Dr. Bruce Bialor (MAT), MD, CD) other Members should include, but Not limited to plaintiff's provider At the time Brian Gerson MS/NP-C.

The (URC) Will Review the following Area's :

Outside Medical, Surgical, And Dental procedures

(21) Request for Specialist Evaluations, in-house or Escorted trip to the Specialist office (All have to be Approved by the Clinical Director. According to P.S. 6031.04 (patient Care)

(22) With these Rules, policies, As Well As A (URC) Set in place to Approve And Evaluate these patients Moving forward. It becomes Standard Practice to Send MRI or Images of patient's injurie to Specialist, before or With patient, therefore the Specialist Can Evaluate patient And Make A proper Diagnosis.

(8)

(Statement of Claim)

(23) Medical Records Will Show the Court, Defendants Deviated from Accepted Medical Care, By one, Not treating Plaintiff's injuries in A timely Manner. Second by, Sending Plaintiff to hand Specialist 5 months After Reporting A fall and injuries, Without MRI or images. Specialist told plaintiff their is Nothing he Can Do to help me, Because Defendants failed to take MRI, Before Sending Plaintiff to Specialist. Specialist ordered Defendants to have an MRI taken and Reschedule Plaintiff for a later Date.

(24) Medical Records Will show the Court, Plaintiff NEVER Received An MRI or Returned to Specialist While in (MDC Brooklyn). Shortly After Plaintiff's Visit to Specialist, Plaintiff Was Sentenced in District Court And Quickly transfered to FCI Berlin.

(25) Dr. Bruce Bialor (MAT) MD, CD, Plaintiff's provider Brian Gerson MS/NP-C, Negligently failed to Respond to Plaintiff's urgent injuries in A timely Manner. This breach of Care Was the "proximate Cause of Plaintiff's injuries." This Excessive Delay in Adequate Medical Care Caused Plaintiff Extreme pain And Permenant Damage to his fingers, hand, Wrist, As Stated in both Specialist Notes, Which are Attached to this Amended Complaint.

(26) Plaintiff's provider Brian Gerson MS/NP-C Negligently Misdiagnosed And treated Plaintiff's injuries. Which Allowed Plaintiff's true Condition of (Right Scapholunate Advanced Collapse in Wrist And Right Ring finger fixed boutonniere) Deformity to deteriorate And Worsen overtime. This Negligence Was Also A Major Contributing factor As the "proximate Cause of Plaintiff's injuries.

(9)

(Statement of Claim)

**(27)** Plaintiff Arrived At FCI Berlin June, 2022. Immediately Plaintiff Started Complaining About his pain, in his fingers, hand, Wrist And lower back. Plaintiff Was Immediately Seen by Clinical Director Patrick Golden, CD.

**(28)** Plaintiff Sat down With Dr. Golden, CD, And Explained in Detail Everything that he Was going through. Everything Defendants Did Negligently to Allow my injuries to Worsen, beyond Repair. Dr. Golden in FCI Berlin, got Plaintiff the MRI, Defendants failed to Do And Plaintiff Was diagnosed to having A (Right Scapholunate Advanced Collapse in Wrist And Right Ring finger fixed boutonnier Deformity) That Defendants Negligently Missed, because An MRI Was Never Taken. See Specialist Notes from (Dartmouth-Hitchcock, Dr. Micheal Matthew MD) (Attached)

**(29)** Plaintiff's Custody level drops to Low Security And he get Transferred in July 2023, to Cadre program in Butner N.C., Federal Medical Center. Where Plaintiff Under went 3 Surgeries. 2 Surgeries for Ring finger fixed boutonniere Deformity, Where I had to Wear An External fixor for 12 Weeks. That Surgery Did Not Work, So Specialist ordered it to be Removed. For My Finger And Wrist, Plaintiff Ended up having them fused. Which is Called A Salvage procedure. Both Plaintiffs finger And Wrist Were beyond Repair, because of Defendants Negligence in Not Affording Plaintiff Standard Medical Care in A timely Manner. So My fusion to finger And Wrist is to Alleviate pain only. See Specialist Notes From (N.C. ortho, Dr. Ryan, DO (orthopaedic Specialist) Attached.

(Statement of Claim)

(30) The initial Denial of Standard Medical treatment, Excessive Delay in treatment, And Defendants Deviation from Acceptable Standard Medical Care. Along With Defendants Clear Negligence. All played Contributing factors to "proximate Cause of plaintiffs injuries.

(31) The Plaintiff Robert Quarles, is Not An Attorney And Does Not have Superior Knowledge of the Law. That being Said the plaintiff has done his best to State the facts With Evidence, to bring An Actionable Claim. Plaintiff Reserves the Right to Request that the Court Allow **him** to Amend this Complaint Any Way this Court might instruct him to do So. Please Provide the Plaintiff the Assistance of Counsel in the future. The Legal Structure plus obtaining Discovery Will Require the Assistance of Counsel to prevail.

The Plaintiff Swears Under Penalty of Perjury that the foregoing is True, Complete And Correct to the best of his Knowledge. The plaintiff Affirms Such by his Signature At the End of this instrument.

Respectfully Submitted,

Robert Quarles #91535-053
Robert Quarles #91535-05:

(11)



## MDC Brooklyn BRO

| | | | | |
|---|---|---|---|---|
| Patient: | **QUARLES, ROBERT (Male)** | | DOB: | 07/08/75 |
| Register#: | **91535-053** | | Age: | 46 |
| Date: | 03/24/22 14:26 | | Status: | OP |
| Slicecount: | 3 | | | |
| History: | Injury Limited ROM in 4th digit | | | |
| Priors: | | | | |
| Exams: | FILM RIGHT HAND | | | |
| Referring Phy: | GERSON | | | |
| Ordering Phy: | | | | |
| Ordering Phy #: | | | | |
| Accession Numbers: 1.2.840.113619.2.305.4.2147483647.1648124364.860504 | | | | |

### Final Report

**Exam: FILM RIGHT HAND**

**INDICATION:** Injury, limited range of motion in fourth digit

**COMPARISON:** none

**FINDINGS:**

3 views of the right hand are obtained.

No fracture or joint malalignment.

The ring finger is persistently flexed and a 90° position at the PIP joint level.

Mild soft tissue swelling ring finger at the proximal and mid phalanx level.

Remaining joints are unremarkable. Joint spaces are maintained.

Articular surfaces appear smooth. No arthritic changes identified.

Remaining soft tissues are unremarkable by radiographic exam.

**IMPRESSION:**

No fracture or joint malalignment.

The ring finger is persistently flexed in a 90° position at the PIP joint level.

Mild soft tissue swelling ring finger at the proximal and mid phalanx level.

Radiologist:          Farhad Khorashadi, MD

Study ready at 14:27 and initial results transmitted at 14:30

athena    6/27/2024 10:59:34 am EDT    5ae52da7-8242-4cba-bf4-f693d8df6105

ORTHOPAEDIC SPECIALISTS OF NC PA • 11221 Galleria Ave, RALEIGH NC 27614-8599

**QUARLES, Robert (id #308425, dob: 07/08/1975)**

91535·053

BUH - Cedre

**Encounter Date: 06/14/2024**

## Patient

| | | | |
|---|---|---|---|
| **Name** | QUARLES, ROBERT (48yo, M) ID# 308425 | **Appt. Date/Time** | 06/14/2024 10:45AM |
| **DOB** | 07/08/1975 | **Service Dept.** | OrthoNC-Raleigh |
| **Provider** | RYAN TARR, DO | | |
| **Insurance** | Med Legal: UMASS BUTNER Insurance # : 91535-053 Prescription: check now | | |

## Chief Complaint

Tarr New - Hand Pain

## Patient's Pharmacies

HARRIS TEETER PHARMACY 09700385 (ERX): 2195 TEA PLANTER LANE, MT PLEASANT, SC 29466, Ph (843) 881-2583, Fax (843) 881-2852

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## HPI

The patient is a pleasant 48-year-old male who presents today for evaluation of his right hand. He reports approximately 3 years ago he was in a chair when the chair collapsed resulting in him landing on his hand. He reports he noted his ring finger middle finger dislocated. He tended to sit them himself. Reports he requested to be seen by the medical team however was not seen for 3 months. By the time he was able to get in he had developed a significant contracture of the ring finger with decreased mobility of the middle finger as well. He also reports he had increased pain along the wrist. Despite conservative modalities he continued to have pain and deformities. He reports he takes daily acetaminophen. He also reports significant pain in the wrist. He has decreased mobility.

## ROS

Additionally reports: Complete 11 system review was obtained and negative except for what is noted in the history of present illness.

## Physical Exam

**Constitutional:** General Appearance: healthy-appearing and well-developed.

**Psychiatric:** Mental Status: active and alert and normal mood.

**Head:** Head: normocephalic and atraumatic.

**Neck:** Neck: supple and FROM.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Pulses including femoral / pedal: normal throughout.

**Skin:** Inspection and palpation: no rash or lesions and good turgor.

**MSK:** Examination of the right hand reveals a digit widget over the ring finger. He has an obvious boutonniere deformity. Even when the digit widget was removed the digit is not passively correctable. He has approximately 90 degree contracture with a stiff DIP joint. There is a slight boutonniere deformity of the middle finger however he does have active extension at the PIP joint. There is also swelling of the radial wrist with decreased flexion extension.

**X-ray:** 4 views of the right hand were obtained today. Results demonstrate evidence of radial scaphoid arthrosis consistent with an SLAC wrist. There is slight extension of the lunate consistent with a DISI deformity. There is also evidence of a digit widget in place of the ring finger with volar translation of the middle phalanx compared to the proximal phalanx. There is extension of the distal interphalangeal joint consistent with a boutonniere deformity.

athena 6/27/2024 10:59:34 am EDT                                3e692da7-8242-4cba-bff4-f89d8d9d81c5

ORTHOPAEDIC SPECIALISTS OF NC PA • 11221 Galleria Ave, RALEIGH NC 27614-8599

## QUARLES, Robert (id #308425, dob: 07/08/1975)

### Assessment / Plan

1. Right scapholunate advanced collapse
2. Right ring finger fixed boutonniere deformity

I had a thorough discussion with the patient. Unfortunately, he had a missed central slip injury that was not treated in a timely fashion which has now led to fixed boutoneirre deformity. He is now tried a digit widget with many revisions and has not been able to maintain any significant improvement in his motion. I discussed with him that due to the severity of his contracture I do not feel he would get significant improvements with a joint release and tenolysis. Due to the fact that the x-rays reveal the joint is concentrically reduced, I discussed with him I feel his best option for it 1 and a procedure would be to do a PIP fusion. I did stress the importance of understanding the concept of the surgery as the PIP joint will not remove again. As the patient continues to have significant issue and deformity with this will have recommended we proceed to the operating room for digit widget excision and PIP joint fusion.

We also discussed his wrist. There is evidence of scapholunate ligament tear of the radial styloid arthrosis. We discussed treatment options including living with it, corticosteroid injections, and salvage procedures. He has previously had injections with minimal to no relief. I discussed with him that I do not feel that he would be happy with a proximal row carpectomy and would be better treated with a scaphoidectomy and 4 corner fusion.

After discussing the risk and benefits of all of the procedures she like to proceed with both. We will send these to his medical department for approval. All of his questions were answered and he agrees to this treatment plan.

Treatment options were reviewed. We discussed nonoperative care and surgical intervention, as well as the risks and benefits of both. Risks of surgery include infection, stiffness, blood loss, damage to the surrounding tendons, damage to surrounding neurovascular structures, need for revision surgery and worsening symptoms. If any hardware is placed there is a chance it may need to be removed in the future.

All of the patients questions have been answered. They have agreed to undergo RIGHT ring finger proximal interphalangeal joint fusion, right ring finger hardware removal, right wrist scaphold ectomy and partial wrist fusion.

Anesthesia: MAC with regional
Antibiotics: 2g ancef if no allergies
Hand Therapy: Splint and postop protocol
Postop: 2 weeks for suture removal

### 1. Hand pain - Right -

Additional diagnosis detail: Hand pain, right
    M79.641: Pain in right hand
• XR, HAND, 3 OR MORE VIEW

### 2. Pain of right wrist - Right -

Additional diagnosis detail: Right wrist pain
    M25.531: Pain in right wrist

### 3. Scapholunate advanced collapse -
Additional diagnosis detail: Scapholunate advanced collapse of wrist, unspecified laterality
    M19.139: Post-traumatic osteoarthritis, unspecified wrist
• ARTHRODESIS, WRIST (SURG) -    Note to Provider: Right ring finger proximal interphalangeal joint fusion, right ring finger hardware removal, right wrist scaphoid-ectomy, partial wrist fusion and posterior interosseous neurtectomy

| | |
|---|---|
| Duration of Surgery (hours): 2.5 | Anatomical Site: wrist and ring finger |
| Anesthesia: MAC | Type of Second Anesthesia: Regional |
| Medical Clearance: **** | Guidance: XR |
| Special Instruments / Equipment: Big C-Arm, Arthrex Staples, headless compression screws, K-wires | Antibiotic: 2g ancef if no allergies |
| Post-op Therapy / Treatment: OT | |

Procedure code: 25825, 25210, 64772, 20670, 26860

### 4. Arthritis of wrist
    M13.839: Other specified arthritis, unspecified wrist

XR, HAND, 3 OR MORE VIEW
• Result:

athena
ORTHOPAEDIC SPECIALISTS OF NC PA • 11221 Galleria Ave, RALEIGH NC 27614-8599

## QUARLES, Robert (id #308425, dob: 07/08/1975)

- Result::

Return to Office
Patient will return to the office as needed.

Encounter Sign-Off
Encounter signed-off by RYAN TARR, DO, 06/26/2024.

Encounter performed and documented by RYAN TARR, DO
Encounter reviewed & signed by RYAN TARR, DO on 06/26/2024 at 4:44pm

## Imaging Results

## XR, HAND, 3 OR MORE VIEW (#8125696, 06/14/2024 1:03pm)

| Report | Result | Ref. Range | Units | A | Status | Facility |
|--------|--------|-----------|-------|---|--------|----------|
| Result: | | | | | | |

© 09-11-2024 8:30 AM  Fax Services → FCC BUTNER PROGRAM  Pg 3 of 15

Granville Health System
1010 College St.
Oxford, NC 27565
919-690-3236

Patient Name: QUARLES,ROBERT
Unit Number: M000213602
Account number: F00016632218
DOB: 07/08/75
Admit Date:
Discharge Date: 08/27/24

Operation Report
Report#: 0828-0082

91535· 053   BUH- Codre

DATE OF OPERATION:  08/27/2024.

SURGEON:  Ryan Tarr, DO.

PREOPERATIVE DIAGNOSES:
1. Right scapholunate ligament collapse.
2. Right ring finger boutonniere deformity.

POSTOPERATIVE DIAGNOSES:
1. Right scapholunate ligament collapse.
2. Right ring finger boutonniere deformity.

PROCEDURES:
1. Right wrist scapholdectomy with 4-corner fusion.
2. Right wrist posterior interosseous nerve neurectomy.
3. Right ring finger proximal interphalangeal joint fusion.

ASSISTANT:  Hannah Denson, PA-C

ANESTHESIA:  General with local block.

BLOOD LOSS:  Minimal.

IMPLANTS:  Arthrex 2.5 x 22 mm headless compression screw, as well as a size 13
x 10 and a size 15 x 15 Nitinol staples.

SPECIMEN:  None.

COMPLICATIONS:  None.

INDICATION FOR PROCEDURE:  The patient is a pleasant 49-year-old man who
presented to my office for evaluation of right hand and finger pain after
sustaining an injury at the local prison.  He was found to have findings
consistent with a right SLAC wrist with arthritis in the radial styloid and
scaphoid, as well as significant bony deformities of the ring finger.  He had
tried conservative modalities at the prison, including a digit widget, as well as
surgical options, including a digit widget; however, continued to have
significant deformity that was not passively or actively correctable.  He did

Copies To: TARR,RYAN   DO~

MED
D: 08/28/24 1450
T: 08/28/24 1537

Signed

09-11-2024 8:50 AM   Fax Services   → FCC BUTNER PROGRAM   Pg 4 of 15

Patient Name: QUARLES,ROBERT
Patient Account Number: F00016632218                          Operation Report

---

elect to proceed to the operating room for a right wrist scaphoidectomy and
4-corner fusion, a right ring finger proximal interphalangeal fusion, and
posterior interosseous nerve neurectomy. Treatment options were discussed in
detail with the patient, who elected to proceed.

PROCEDURE IN DETAIL: The patient was identified in the preoperative holding
area. Surgical procedure was reviewed with the patient and the surgical
consent was signed. Next, the patient was then rolled back to the operative
suite and general anesthesia was administered. I then performed a radial and a
median nerve block with 20 cc of 1% lidocaine with epinephrine as well as 10 cc
of 0.5% Marcaine. A tourniquet was then placed on the right upper extremity.
The hand was then prepped and draped in sterile orthopedic fashion. Time-out
was performed, identifying the correct patient, procedure, and extremity.
Esmarch was used to exsanguinate the limb and the tourniquet was inflated to
225 mmHg.

Starting at the wrist, a longitudinal incision was made just ulnar to Lister
tubercle. Careful dissection was performed through the skin and subcutaneous
tissue down to the layer of the extensor retinaculum. Full-thickness flaps
were elevated both radially and ulnarly, taking care to protect the sensory
nerves. Once both flaps were completely elevated and the extensor tendons were
visualized, the EPL was transposed from the third dorsal compartment radially.
Next, the retinaculum over the carpus was excised, revealing the extensor
tendons. The second and fourth compartments were then sharply elevated off the
distal aspect of the radius. An inverted-T capsulotomy was performed and the
capsule was elevated off the distal radius. It was noted that there was a
full-thickness tear to the scapholunate ligament. The scaphoid was then
carefully dissected from the surrounding tissue and was excised en bloc with
the McGlamry elevator. At this point, the lunate facet and lunate articular
surface was evaluated and found to be pristine. Due to this, we elected to
proceed with a 4-corner fusion.

Utilizing a combination of both a rongeur and curettes, the articular surface
between the lunate and the capitate as well as the triquetrum and the hamate
were both completely debrided down to bleeding cancellous bone. A 0.045-inch
K-wire was also used to provide multiple bony tunnels within the bone to allow
for bleeding. Next, an osteotome was used to make a small cortical window in
the dorsal aspect of the wrist. A distal radius autograft was obtained and
packed within the fusion sites. K-wires were then placed across the fusion
site, maintaining alignment. Once we were happy with the position, a 15 x 15
mm Nitinol Arthrex staple was passed from the lunate into the capitate,
obtaining great compression, and then a second 13 x 10 mm staple was passed
from the triquetrum into the hamate. Final films demonstrated a well-aligned

Copies To: TARR,RYAN   DO~

MED
D: 08/28/24 1450
T: 08/28/24 1537

Page: 2

Signed

09-11-2024 8:50 AM   Fax Services   → FCC BUTNER PROGRAM   pg 5 of 15

Patient Name: QUARLES,ROBERT
Patient Account Number: F00016632218                 Operation Report

4-corner fusion with good correction of the lunate extension.

Next, attention was then carried to the proximal interphalangeal joint. A longitudinal incision was made directly over the dorsal aspect of the joint. Dissection was carried down to the extensor tendon and full-thickness flaps were elevated both radially and ulnarly. A longitudinal tenotomy was also performed, revealing the joint. It was noted that the central slip was disrupted and the joint was volarly subluxated. The collateral ligaments were released as well as the volar plate, and I attempted to reduce the joint. It was noted that there was significant stiffness at the joint, despite there being no soft tissue connections. This was felt to possibly represent a skin contracture as the digit had been flexed for quite some time. Due to this, we elected to shorten the ring finger to allow for adequate angulation of the fusion site. A sagittal saw was used to remove approximately 4 mm of proximal phalanx head and neck. Once I was able to adequately reduce the proximal interphalangeal joint, this was then positioned in approximately 45 degrees of flexion. The K-wire was then passed across the joint to confirm adequate reduction. This was then measured and overdrilled, and a 2.5 x 22 mm headless compression screw was passed. Great fixation was noted with a well-aligned digit. The fourth dorsal compartment was then evaluated. At the floor of the fourth dorsal compartment the proximal interphalangeal midpoint interosseous nerve was identified. Approximately 3 cm of a PIN was excised to help with postoperative pain control.

At this point, all of the incisions were then thoroughly irrigated with normal saline. The tourniquet was deflated and hemostasis was obtained with bipolar electrocautery. The capsule was repaired with a 4-0 Vicryl suture, as well as the second and fourth dorsal compartments were reapproximated to one another. A 4-0 Vicryl suture was also used to repair the extensor tendon of the ring finger. Next, the skin was then closed in a layered fashion using 4-0 Monocryl and 4-0 nylon sutures. A bulky dressing with a volar splint and ulnar gutter splint were applied. The patient was then awakened by Anesthesia and returned to the PACU in stable condition.

Hannah Denson, PA-C, was utilized in the absence of a qualified resident. She assisted with exposure, implant placement, and closure. I was present for all portions of this case.

_____
RYAN TARR, DO

Copies To: TARR,RYAN   DO~

MED
D: 08/28/24 1450
T: 08/28/24 1537

Page: 3

Signed

Patient Name: QUARLES,ROBERT
Patient Account Number: F00016632218                    Operation Report

---------------------------------------------------------------------------

TARRY:  MEDQ
D:  08/28/2024 14:50
T:  08/28/2024 15:37
Job #:   483342/1038886831

           OPERATIVE REPORT


<Electronically signed by RYAN TARR, DO> 08/31/24 2104


Copies To: TARR,RYAN   DO~

MED
D: 08/28/24 1450
T: 08/28/24 1537

                                                              Page: 4

                                    Signed

*Granville Health System*
*1010 College Street*
*Oxford NC 27565*
*Phone: 919-690-3420 Fax: 919-690-0114*

*Name: QUARLES,ROBERT*
*Phys: TARR,RYAN  DO*
*DOB: 07/08/75 Age: 49 Sex: M*
*Acct: F00016632218 Loc: SDC*
*Exam Date: 08/27/24 Status: PRE SDC*
*Unit No: M000213602*
*Report # 0827-0050*

## Radiology Report

---

XR WRIST LT, XR FINGERS LT MIN 2 VIEW, XR C-ARM
8/27/2024 10:33 EDT

Clinical Indication:  LT WRIST PAIN, OA, CAPHOLUNATE LIGAMENT TEAR

Referring Provider:  RYAN TARR, DO

ORDER #: 0827-0016 XRAY/XR C-ARM
Findings and Impression: Fluoroscopy was provided to Dr. Tarr for right fourth finger fusion and right wrist
fusion. Orthopedic screw is noted in the right fourth finger. There is scaphoidectomy and 4 corner fusion in the
right wrist. Cumulative fluoroscopy time is 1:28. 7 C-arm spot intraoperative radiographs were obtained.
Report Electronically Signed By:  8/27/2024 11:29 EDT Reported By: Elmer MD.ECS San Pedro MD POS:RAD108
<Electronically signed by ELMER C. SAN PEDRO, MD in OV>
08/27/24 1131

Copies to: FEDERAL CORRECTIONS (FCI); TARR,RYAN   DO~

Technologist: JOHN E. NEWELL, JR.

ECS
D: 08/27/24 1127
T: 08/27/24 1127

Page 1

Signed

Granville Health System
1010 College Street
Oxford NC 27565
Phone: 919-690-3420 Fax: 919-690-0114

Name: QUARLES,ROBERT
Phys: TARR,RYAN  DO
DOB: 07/08/75  Age: 49  Sex: M
Acct: F00016632218  Loc: SDC
Exam Date: 08/27/24  Status: PRE SDC
Unit No: M000213602
Report # 0827-0051

## Radiology Report

XR WRIST LT, XR FINGERS LT MIN 2 VIEW, XR C-ARM
8/27/2024 10:33 EDT

Clinical Indication:  LT WRIST PAIN, OA, CAPHOLUNATE LIGAMENT TEAR

Referring Provider:  RYAN TARR, DO

ORDER #: 0827-0015 XRAY/XR FINGERS LT MIN 2 VIEW
Findings and Impression: Fluoroscopy was provided to Dr. Tarr for right fourth finger fusion and right wrist
fusion. Orthopedic screw is noted in the right fourth finger. There is scaphoidectomy and 4 corner fusion in the
right wrist. Cumulative fluoroscopy time is 1:28. 7 C-arm spot intraoperative radiographs were obtained.
Report Electronically Signed By:  8/27/2024 11:29 EDT Reported By: Elmer MD.ECS San Pedro MD POS:RAD108
<Electronically signed by ELMER C. SAN PEDRO, MD in OV>
08/27/24 1131

Copies to: FEDERAL CORRECTIONS (FCI); TARR,RYAN  DO~

Technologist: JOHN E. NEWELL, JR.

ECS
D: 08/27/24 1127
T: 08/27/24 1127

Page 1

Signed

Granville Health System
1010 College Street
Oxford NC 27565
Phone: 919-690-3420 Fax: 919-690-0114

Name: QUARLES,ROBERT
Phys: TARR,RYAN  DO
DOB: 07/08/75 Age: 49 Sex: M
Acct: F00018632218 Loc: SDC
Exam Date: 08/27/24 Status: PRE SDC
Unit No: M000213602
Report # 0827-0052

## Radiology Report

XR WRIST LT, XR FINGERS LT MIN 2 VIEW, XR C-ARM
8/27/2024 10:33 EDT

Clinical Indication:  LT WRIST PAIN, OA, CAPHOLUNATE LIGAMENT TEAR

Referring Provider:  RYAN TARR, DO

ORDER #: 0827-0014 XRAY/XR WRIST LT
Findings and Impression: Fluoroscopy was provided to Dr. Tarr for right fourth finger fusion and right wrist
fusion. Orthopedic screw is noted in the right fourth finger. There is scapholdectomy and 4 corner fusion in the
right wrist. Cumulative fluoroscopy time is 1:28. 7 C-arm spot intraoperative radiographs were obtained.
Report Electronically Signed By:  8/27/2024 11:29 EDT Reported By: Elmer MD.ECS San Pedro MD POS:RAD108
<Electronically signed by ELMER C. SAN PEDRO, MD in OV>
08/27/24 1131

Copies to: FEDERAL CORRECTIONS (FCI); TARR,RYAN  DO~

Technologist: JOHN E. NEWELL, JR.

ECS
D: 08/27/24 1127
T: 08/27/24 1127

Page 1

Signed



## MDC Brooklyn BRO

| | | | |
|---|---|---|---|
| Patient: | **QUARLES, ROBERT (Male)** | DOB: | 07/08/75 |
| Register#: | **91535-053** | Age: | 46 |
| Date: | 03/24/22 14:26 | Status: | OP |
| Slicecount: | 3 | | |
| History: | Injury Limited ROM in 4th digit | | |
| Priors: | | | |
| Exams: | FILM RIGHT HAND | | |
| Referring Phy: | GERSON | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.840.113619.2.305.4.2147483647.1648124364.860504

**Final Report**

**Exam: FILM RIGHT HAND**

**INDICATION: Injury, limited range of motion in fourth digit**

**COMPARISON: none**

**FINDINGS:**

**3 views of the right hand are obtained.**

**No fracture or joint malalignment.**

**The ring finger is persistently flexed and a 90° position at the PIP joint level.**

**Mild soft tissue swelling ring finger at the proximal and mid phalanx level.**

**Remaining joints are unremarkable. Joint spaces are maintained.**

**Articular surfaces appear smooth. No arthritic changes identified.**

**Remaining soft tissues are unremarkable by radiographic exam.**

**IMPRESSION:**

**No fracture or joint malalignment.**

**The ring finger is persistently flexed in a 90° position at the PIP joint level.**

**Mild soft tissue swelling ring finger at the proximal and mid phalanx level.**

Radiologist:           Farhad Khorashadi, MD

Study ready at 14:27 and initial results transmitted at 14:30



**statrad**
Leading Teleradiology

## MDC Brooklyn BRO

| | | | |
|---|---|---|---|
| Patient: | **QUARLES, ROBERT (Male)** | DOB: | 07/08/75 |
| Register#: | **91535-053** | Age: | 46 |
| Date: | 05/19/22 11:27 | Status: | OP |
| Slicecount: | 2 | | |
| History: | Back pain s/p fall | | |
| Priors: | | | |
| Exams: | FILM L SPINE | | |
| Referring Phy: | GERSON | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.840.113619.2.305.4.2147483647.1652971324.528132

---

**Final Report**

**Exam: FILM L SPINE**

**HISTORY: Back pain status post fall**

**TECHNIQUE: 2 views obtained**

**COMPARISON: No prior imaging available**

**FINDINGS: There is no scoliosis. Vertebral bodies demonstrate normal height. The bone mineralization is normal. There is no malalignment. Normal lumbar lordosis. Severe L5-S1 disc space narrowing. Minimal L5-S1 facet arthropathy.**

**IMPRESSION:**
**No radiographic evidence for acute compression fracture or malalignment.**

**Severe disc space narrowing and minimal facet arthropathy at L5-S1.**

Radiologist:               Maurice Yu, MD

Study ready at 11:28 and initial results transmitted at 15:06

5/6/2023 9:29 AM

**Dartmouth-Hitchcock**    FCI Berlin

Quarles, Robert (MRN: 65849867-0) DOB: 7/8/1975

Robert Quarles
4/27/2023 10:00 AM  Office Visit
MRN: 65849867-0

Description: 47 year old male
Provider: Matthew, Michael K, MD
Department: DHMC PLASTIC SURG 4M

## Diagnoses

| | Codes | Comments |
|---|---|---|
| Right hand pain | M79.641 | |
| Pain in right wrist | M25.531 | |

## Progress Notes
Doscinski, Deborah A at 4/27/2023 10:00 AM
Status: Signed

**Plastic Surgery Hand Consultation Note**
**Provider:  Michael K. Matthew, MD**

I have been asked to see the patient by Patrick Golden, DO

**CC: right ring finger flexion contracture s/p fracture**

**Date of Injury: December 2021**

**Hand Dominance: LHD**

**Occupation: Prisoner**

**Mechanism of Injury and HPI:** Robert Quarles is a 47 y.o. male who sustained an injury of the right hand after he tried to brace himself after falling off of a chair in December 2021. His right ring finger had a visible deformity immediately after this injury, which was manually put back in position. He did not get a brace after this injury. The right ring finger now contracted at the PIP joint and he is unable to move it. He also has no sensation in this finger.

The patient also reports central right wrist pain that developed after this injury. The wrist gives out when he tries to do push-ups. His right wrist flexion, extension, and rotation is limited. Overall, the patient wants to be able to return to working out.

No past medical history on file.

No past surgical history on file.

## Social History

### Socioeconomic History
- Marital status:          Unknown
    Spouse name:        Not on file
- Number of children:      Not on file
- Years of education:      Not on file
- Highest education level:  Not on file
### Occupational History
- Not on file
### Tobacco Use
- Smoking status:          Never

Dartmouth-Hitchcock                                      Quarles, Robert (MRN: 65849867-0)  DOB: 7/8/1975

### Progress Notes (continued)
**Doscinski, Deborah A at 4/27/2023 10:00 AM (continued)**

| | |
|---|---|
| • Smokeless tobacco: | Never |

**Substance and Sexual Activity**

| | |
|---|---|
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

**Other Topics** — Concern

• Not on file

**Social History Narrative**

• Not on file

### Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Housing Stability: Not on file

### Allergies

| Allergen | Reactions |
|---|---|
| • Penicillins | Hives |

### Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • FLUoxetine (PROzac) 40 mg capsule | Take 50 mg by mouth daily. | | |
| • traZODone (Desyrel) 150 mg tablet | Take 75 mg by mouth nightly. | | |

No current facility-administered medications on file prior to visit.

**Examination:**
There were no vitals taken for this visit.
No acute distress
R Upper extremity:
Wrist: Lited range of motion (flexion, extension, radial and ulnar deviation all very limited, normal pronation/supination), focal tenderness over dorsal wrist at 3/4 interval, No dorsal or volar synovitis, DRUJ stable, no pain over scaphoid, negative Watson's, negative Finkelstein's, palpable radial and ulnar pulses
Hand: Thumb CMC joint with no subluxation, ring finer with boutonierre deformity and 40 flexion contracture and DIP stiffness, no thenar/intrinsic atrophy, FROM all digits, all fingers warm/pink/sensate to LT, no nail abnormality, no skin abnormality, no gross deformity/masses

**Diagnostic Testing:**

**XR Right Hand and Wrist 4/27/2023**
"IMPRESSION
Boutonniere deformity of the long and ring fingers, more severe in the ring finger."

"IMPRESSION
Quarles, Robert Printed by Matthew, Michael K, MD at 5/6/2023  9:29 AM                    Page 2 of 4

Dartmouth-Hitchcock                                    Quarles, Robert (MRN: 65849867-0)  DOB: 7/8/1975

**Progress Notes (continued)**

**Doscinski, Deborah A at 4/27/2023 10:00 AM (continued)**

Chronic sequela of dorsal right scapholunate ligament avulsion/tear with DISI alignment of the wrist. "

**MRI Right Hand 10/12/2022**
Flexor digitorum tenosynovitis of 4th digit with Boutonniere deformity of fourth and third digits.
Edema-like signal in distal scaphoid pole, no fracture.
Mild intercarpal and first carpometacarpal joint effusion, this could represent underlying inflammatory process.

Impression: Robert Quarles is a 47 y.o. male patient with a Boutonniere deformity of the right ring finger
secondary to central slip tear from trauma and now a fixed deformity. I explained the natural history of this
condition. We discussed the possible treatment options, including surgical intervention. I explained that this
would require a two-staged procedure with an external fixator placed at the initial operation. He would need to
participate in extensive occupational therapy for three months between the two procedures. I do not
recommend surgery at this time, as he will likely not have access to the medical care needed between the two
operations in prison. However, I explained that he may be able to proceed with surgical intervention in the
future if he wishes.

We reviewed the right hand and wrist x-rays in clinic today. Imaging reveals SLAC wrist that is progressive in
nature, and also likley happened from trauma with an SL tear. I explained the natural history of this condition.
We discussed the possible treatment options, including wrist fusion and scaphoid excision and four corner
fusion. I think he is a candidate for a PRC. However, the patient will have significantly limited wrist range of
motion following either of these two surgeries. Additionally, I explained that he will likely develop osteoarthritis
of the wrist at a faster rate following this surgery. I do not recommend surgery for his wrist at this time. I
recommend trying a right wrist brace for heavier activities and NSAIDs for pain management before proceeding
with surgical intervention.

**Plan:**
1. Follow up via telephone after wearing the brace for 6 weeks.
2. A prescription for a brace from Orthocare was provided.
3. NSAIDs for pain management.


I, Taylor Morscheck, have performed the documentation for this encounter in the presence of and acting as a
scribe for Michael K Matthew, MD.


**Medications at End of Encounter**

| | |
|---|---|
| FLUoxetine (PROzac) 40 mg capsule | Take 50 mg by mouth daily. |
| traZODone (Desyrel) 150 mg tablet | Take 75 mg by mouth nightly. |

**Medications Last Reviewed During Encounter By**
Blake, Kailey E, LNA on 4/27/2023 at 9:47 AM

**Medications Given In Office:  Today and/or Future**
None

**Immunizations Deferred or Administered on Date of Encounter - 4/27/2023**
None Given

Dartmouth-Hitchcock                                    Quarles, Robert (MRN: 65849867-0)  DOB: 7/8/1975
**Immunizations Deferred or Administered on Date of Encounter - 4/27/2023 (continued)**

**Allergies (Review Complete on: 04/27/23)**

| Agent | Severity | Comments |
|---|---|---|
| Penicillins | | |

*[handwritten]* This is THE 12 IN ... Request to SHAFF ElecTRoNiC Email, Asking Assistance for My Injuries. AS WEll AS Reporting A Fall that happ ON DECEMBER 18, 2021.

**12-21-2021.eml**    ↓ Download    ⌣ Save to OneDrive                          ⊡   ✕

## ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B

QM   ~^!"QUARLES, ~^!ROBERT M" <91535053@inmatemessage.com>
   <91535053@inmatemessage.com>
   Bcc: BRO-InmateToSickCall (BOP)                          Tue 5/23/2023 8:36 AM

To: medical
Inmate Work Assignment: unit kitchen orderly

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
dcc7e754-f11d-4b9d-9615-02f428b7e3cd
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


About a week ago,i was sitting in the chair in my cell and the chair broke.which caused me to fall back and injure my finger.I need my finger looked at.Thank you!


↩ Reply    ↞ Reply all    ↗ Forward

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

---------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 03/19/2022 07:51:19 PM

To: to whom it may concern
Inmate Work Assignment: unit kitchen orderly

A couple of months ago I put in a sick call request to have two fingers on my right hand looked at.I was in my cell reading in my chair and the chair broke,causing my fingers to bend back and I guess break.I told the unit officer that day and was basicly ignored.A few days later I put in a sick call slip and was never called.Now a couple of months later.My ring finger is locked in place and I'm having back pains.While seeing the doctor about my left ear,I mentioned my finger and back and was told that he can only deal with one issue at a time and never called me about my finger and my back.So I please need to see about my fingers and back.Thank you!

TRULINCS 91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

--------------------------------------------------------------------------------

FROM: Sick Call
TO: 91535053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/23/2022 09:12:02 AM

You are being seen by Gerson now.

>>> ~^!"QUARLES, ~^!ROBERT M" <91535053@inmatemessage.com> 3/19/2022 7:51 PM >>>
To: to whom it may concern
Inmate Work Assignment: unit kitchen orderly

A couple of months ago I put in a sick call request to have two fingers on my right hand looked at.I was in my cell reading in my chair and the chair broke,causing my fingers to bend back and I guess break.I told the unit officer that day and was basicly ignored.A few days later I put in a sick call slip and was never called.Now a couple of months later.My ring finger is locked in place and I'm having back pains.While seeing the doctor about my left ear,I mentioned my finger and back and was told that he can only deal with one issue at a time and never called me about my finger and my back.So I please need to see about my fingers and back.Thank you!

TRULINCS 91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

------------------------------------------------------------------------------------------------

FROM: 91535053
TO: Unit J
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 03/30/2022 08:41:14 PM

To: unit team
Inmate Work Assignment: unit kitchen orderly

Please accept this email as an informal BP8. Since December 20th,2021,I have been complaining about fingers 3 and 4 on my right hand,wrist and my lower back.On December 18th,2021,I fell out the chair in my cell.To brace my fall,I used my right hand and injured fingers 3 and 4 on my right hand,wrist and my lower back. I went to the officer after it happened and was ignored.I took x-rays for my right hand and wrist,but was never even asked about my back.Since December 2 fingers on my left hand have locked up,Pain in my wrist and my lower back.Due to not getting the proper medical.Thank you!

TRULINCS  91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

---------------------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 04/07/2022 08:15:24 PM

To: NP (Gerson)/Dr.Bialor
Inmate Work Assignment: unit kitchen orderly

I totally understand that commissary carries these pain OTC medications.The problem here is we have not been to commisary since Feb 25th,2022.And when we do go I never get them for whatever reason.I am sure you know that commissary in MDC is a problem.The pain is only one issue here.There are 3 other issues that I am dealing with here.#1 Me seeing the ENT specialist about my left ear.#2 the results from my x-rays of my right hand and wrist.#3 Being seen about my lower back.After falling out the chair.These issues i have been complaining about for months.These issues are effecting my everyday activities.It's beyond the pain.All i want is proper medical attention,to address these issues.I was never even asked about my lower back.This one issue at a time policy that you have is becoming a conflict.I am trying to work with the system you have here.The last thing i want to be is a problem.Thank you!

TRULINCS 91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

-------------------------------------------------------------------------------------

FROM: Sick Call
TO: 91535053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/14/2022 08:12:02 AM

You are awaiting scheduling by the outside specialist.

Tylenol (Acetaminophen), Aleve (Naproxen/ Naprosyn) and Motrin (Ibuprofen) are available in commissary.

_____
From: ~^! QUARLES, ~^!ROBERT M <91535053@inmatemessage.com>
Sent: Wednesday, April 13, 2022 9:52 PM
To: BRO-InmateToSickCall (BOP) >
Subject: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B

To: To whom it may concern
Inmate Work Assignment: unit kitchen orderly

I am requesting to be seen by medical for my lower back pain and I would like to be seen for the results of my hand and wrist x
-rays.Since Dec,20th 2021, I have been complaining about my right hand,wrist and my lower back.After chair in my cell
breaking and me injuring both my right hand, wrist and lower back.I am in constant pain everyday since then.I can not even
bend down to tie my shoes.They took x-rays of my right hand and wrist,but I still have not received the results. I told medical
staff many times about my lower back and have been ignored.I am just seeking the proper medical attention for these
injuries.Thats all I am asking.Thank you!

TRULINCS 91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

---------------------------------------------------------------------------------------------

FROM: 91535053
TO: Unit J
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 05/10/2022 02:00:50 PM

To: unit manager
Inmate Work Assignment: kitchen orderly

I have been putting in BP8's for the last couple of months to medical and am not getting any response.I want to know my next step,after being ignored.On December 18,2021,I was in my cell reading and the chair broke.Causing me to injure my right hand,wrist and lower back.I have been trying to address my injuries,and have been unsuccessful in doing so.Even the grievance process in MDC for medical complaints are useless here.Please direct me to,how i should address these issue.Thank you very much!

TRULINCS 91535053 - QUARLES, ROBERT M - Unit: BRO-J-B

--------------------------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 05/18/2022 08:54:29 PM

To: NP Mr. Gerson
Inmate Work Assignment: unit kitchen orderly

I need to see you about my lower back.You told me i was going to have x-rays done and they were never done.I told you that on
Dec 18,2021,the chair broke in my cell and I injured my lower back,right hand and wrist.I went out to the specialist for my hand
and wrist this week.But i need to be seen about my lower back as well.I can not even bend down to tie my shoes.This has been
going on since Dec 18,2021.I am in constant pain everyday.Please address this issue.You saw me,we talked about it ,but
nothing is being done.Thank you!

TRULINCS 91535053 - QUARLES, ROBERT - Unit: BRO-J-B

--------------------------------------------------------------------------------

FROM: 91535053
TO: Unit J
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 05/29/2022 08:10:29 PM

To: Mr.Bullock
Inmate Work Assignment: unit kitchen orderly

I have written three bp8's , pertaining to lack of proper medical care.These bp8's were sent through Mr.Bennet and Ms.Waller,So i know for a fact they were properly submited.I was told medical bp8's get sent directly to medical to be handled.All three of my complaint have been ignored.So i am basicly still at ground zero.I am actually submiting my second bp9 today.My first one was rejected for whatever reason.The main reason for this email,is to show that i am trying every internal solution to address getting the proper medical attention,For my right,wrist and lower back.Getting x-rays is not addressing the problem at all.I am in constant pain everyday.My injuries are effecting my everyday activities.Thank you very much!

TRULINCS 91535053 - QUARLES, ROBERT - Unit: BRO-J-B

--------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 06/07/2022 08:15:04 AM

To: to whom it may concern
Inmate Work Assignment: kitchen orderly

Since Dec 18, 2021,I have been complaining about the pain in my right hand,wrist and lower back.Due to the chair in my cell breaking and me falling.I have had nothing done about this situation,but some x-rays and Ibuprophen that do not work for the pain.NP Gerson has told me the Ibuprophen might not work and it has not.I am writing this email,because i want my injuries addressed in the proper manner.These injuries are effecting my everyday living and nothing is being done here at MDC brooklyn.All i am asking is for proper medical attention to address my issues.I am in constant pain and limited movement everyday.Stretching and working out is not working.Thank you!

TRULINCS  91535053 - QUARLES, ROBERT - Unit: BRO-J-B

--------------------------------------------------------------------------------

FROM: 91535053
TO: Sick Call
SUBJECT: ***Request to Staff*** QUARLES, ROBERT, Reg# 91535053, BRO-J-B
DATE: 06/19/2022 03:15:59 PM

To: To whom it may concern
Inmate Work Assignment: kitchen orderly

I have been complaining about my right hand,wrist and lower back,since December 20,2021.I am in alot of pain
everyday.Medical has only gave me x-rays And ibuprophen ,since then.These injuries are effecting my everyday activities.I went
to outside specialist and was told by him that i needed an MRI.Which never happened.Can you please give me some kind of
information on these issues.Thank you!

Robert Quarles 91535-053
Federal Medical Center
P.O. Box 1600
Butner N.C. 27509

Retail

U.S. POSTAGE PAID
PM
BUTNER, NC 27509
DEC 31, 2024

11201

$0.00

S2324K500610-06

RDC 03



* Honorable Hector Gonzalez
United States District Judge.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

17.75
14.60
owe 3.15

